IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LEON BRACKENS,

    Plaintiff,

v.                                CASE NO.: 3-12-cv-280-S

LOUISVILLE-JEFFERSON COUNTY
METRO GOVERNMENT d/b/a
Louisville Metro Police Department, and

OFFICER SAM MADISON, OFFICER EMILY LETTIE
SERGEANT KEVIN HAMLIN, OFFICER BRIAN GILLOCK,
OFFICER NATHANIEL HERNANDEZ, OFFICER JAMES STEFFAN,
OFFICER ROBERT ASHENFELTER, OFFICER CAREY HIRTZEL,
OFFICER BRETT HANKISON, OFFICER ROBERT WARD,
SERGEANT MATTHEW GLASS, OFFICER CHRIS MEREDITH,
OFFICER ERIC BOSWELL, OFFICER ARCADIO HIDROGO,
OFFICER EDDIE PHILLIPS, OFFICER JEREMY ALLEN, and
SERGEANT STU HAMILTON, all in their Individual capacities
and their official capacities as Louisville Metro Police Officers, and

OFFICER S. MOSS, OFFICER RICK ASHABRANNER,
POLICE CHIEF CHRIS GRIMM and OFFICER J. SCHILLER, and

UNKNOWN DEFENDANT OFFICERS
In their Individual and official capacities as Louisville Metro
Police Officers and Jeffersonville Police Officers,

    Defendants

**NOTICE OF REMOVAL**

1. Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants, Samuel Moss, Rick Ashabranner, Chris Grimm, and Joshua Schiller, Louisville-Jefferson County Metro Government, Sam Madison, Emily Lettie, Kevin Hamlin, Brian Gillock, Robert Ashenfelter, Carey Hirtzel, Brett Hankison, Robert Ward, Matthew Glass, Eric Boswell, Stu Hamilton hereby give notice of their joint removal of this action from the Jefferson Circuit Court, Civil Action No.

12-CI-002092, Division Ten, to the United States District Court, Western District of Kentucky, Louisville Division. Defendants James Steffan, Nathaniel Hernandez, Chris Meredith, Arcadio Hidrogo, Eddie Phillips, and Jeremy Allen have not been served with this lawsuit.

2. This court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 (Federal question) in that the allegations set forth in the Complaint allege violations of Plaintiff's United States Constitutional Rights (Second Amended Complaint, Count I - ¶¶57-66, Count II - ¶¶67-69). This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the additional state law claims set forth in the Second Amended Complaint.

3. Removal of this civil action to the U.S. District Court for the Western District of Kentucky at Louisville is proper, pursuant to 28 U.S.C. §1441(a), since this court has original jurisdiction and the Jefferson Circuit Court is located within the Western District of Kentucky.

4. Defendant Chris Grimm received notice of this lawsuit on April 25, 2010. Therefore, removal of this action is timely pursuant to 28 U.S.C. § 1446 (b).

5. As required by 28 U.S.C. § 1446 (a), the Defendant has attached hereto as all the pleadings that have been filed in this matter which consist of:

Exhibit A – Plaintiff's Original Complaint

Exhibit B – Plaintiff's First Amended Complaint

Exhibit C – Plaintiff's Second Amended Complaint

Exhibit D – Summons issued to all Defendants

Exhibit E – Motion for Injunction filed by Plaintiff

Exhibit F – Motion to File Amended Complaint

Exhibit G – Order granting filing of Second Amended Complaint

Exhibit H – Answer of Louisville Metro Government

Exhibit I – Answer of Defendants – Hamilton, Hankison, Lettie, Madison, Hamlin, Ashenfelter, Hirtzel, Ward, Glass and Boswell.

Exhibit J – Written notice of the filing of this Joint Notice of Removal is being served on Plaintiffs and filed with Jefferson Circuit Court in accordance with the requirements of 28 U.S.C. § 1146(d).

    Respectfully submitted,

    KIGHTLINGER & GRAY, LLP


BY:   /s/ R. Jeffrey Lowe_____
    R. JEFFREY LOWE
    KIGHTLINGER & GRAY, LLP
    3620 Blackiston Boulevard, Suite 200
    New Albany, Indiana 47150
    (812) 949-2300
    jlowe@k-glaw.com

    Counsel for S. Moss, Rick Ashabranner, Chris Grimm and J. Schiller

/s/ Lisa A. Schweickart with permission
LISA A. SCHWEICKART
  Assistant County Attorney
  Fiscal Court Building
  531 Court Place, Suite 900
  Louisville KY 40202
  (502) 574-4048
  lisa.schweickart@louisvilleky.gov
  Counsel for Defendants Louisville Jefferson County Metro Government, Hamilton, Hankison, Lettie, Madison, Hamlin, Ashenfelter, Hirtzel, Ward, Glass and Boswell.

/s/ Sean Ragland with permission
SEAN RAGLAND
Phillips, Parker, Orbeson & Arnett, PLC
716 W. Main Street, Suite 300
Louisville KY 40202
(502) 583-9900
Sragland@ppoalaw.com

Counsel for Officer Brian Gillock

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of May, 2012, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and/or U.S. Mail. Parties may access this filing through the Court's system.

    Daniel J. Canon
    Garry R. Adams,
    Clay Frederick Adams, PLC,
    462 S. 4th Street, Meidinger Tower,
    Suite 1730
    Louisville, Kentucky 40202
    dan@justiceky.com
    garry@justiceky.com
    Counsel for Plaintiff

    Mellissa Eyre Yeagle,
    Meidinger Tower, Suite 101,
    462 South Fourth Street,
    Louisville, Kentucky 40202
    Mellissa.eyre@gmail.com
    Counsel for Plaintiff

    Lisa A. Schweickart
    Assistant County Attorney
    Fiscal Court Building
    531 Court Place, Suite 900
    Louisville KY 40202
    (502) 574-4048
    lisa.schweickart@louisvilleky.gov
    Counsel for Louisville Jefferson County Metro Government Defendants except
    Brian Gillock

        Sean Ragland
        Phillips, Parker, Orbeson & Arnett, PLC
        716 W. Main Street, Suite 300
        Louisville KY 40202
        (502) 583-9900
        Sragland@ppoalaw.com
        Counsel for Officer Brian Gillock

                                          __/s/ R. Jeffrey Lowe_____
                                          R. Jeffrey Lowe

KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
(812) 949-2300
jlowe@k-glaw.com

777777 / 1656475-1