| AOC-105          Doc. Code: CI | | Case No. | **12-CI-2092** |
|---|---|---|---|
| Rev. 1-07 | | Court | ☑ Circuit ☐ District |
| Page 1 of 1 | | County | Jefferson ▼ |
| Commonwealth of Kentucky | **CIVIL SUMMONS** | | |
| Court of Justice    www.courts.ky.gov | | | |
| CR 4.02; CR Official Form 1 | | | |

**PLAINTIFF**

Leon                                        Brackens

**VS.**

**DEFENDANT**

Stu                                         Hamilton
Louisville Metro Divison of Police
633 West Jefferson
Louisville                    Kentucky          ▼ 40202

**Service of Process Agent for Defendant:**

_____
_____
_____ ▼ _____

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: **APR 20 2012** , 2_____

DAVID L. NICHOLSON
CIRCUIT COURT CLERK

_____ Clerk

By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____ Title

---

D

**EXHIBIT** _____

| AOC-105          Doc. Code: CI | CIVIL SUMMONS | Case No. 12-CI-2092 |
|---|---|---|
| Rev. 1-07 | | Court  ✓ Circuit ☐ District |
| Page 1 of 1 | | |
| Commonwealth of Kentucky | | County  Jefferson ▼ |
| Court of Justice   www.courts.ky.gov | | |
| CR 4.02; CR Official Form 1 | | |

**PLAINTIFF**

Leon                                                    Brackens

**VS.**

**DEFENDANT**

Brett                                           Hankison
Louisville Metro Divison of Police
633 West Jefferson
Louisville                     Kentucky          ▼ 40202

**Service of Process Agent for Defendant:**

_____

_____

_____          ▼

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

        You are hereby notified a legal action has been filed against you in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within 20 days following the day this paper is delivered to you, judgment by default may be taken against you** for the relief demanded in the attached Complaint.

        The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: APR 2 0 2012 , 2____                              DAVID L. NICHOLSON
                                                       CIRCUIT COURT CLERK          Clerk

                                            By: _____ 14 _____ D.C.

---

| **Proof of Service** |
|---|
| This Summons was served by delivering a true copy and the Complaint (or other initiating document) to: |
| _____ |
| this ____ day of _____, 2_____. |
| Served by: _____ |
| _____Title |

| AOC-105            Doc. Code: CI | | Case No. **CI 02092** |
| Rev. 1-07 | | |
| Page 1 of 1 | | Court  ☑ Circuit  ☐ District |
| Commonwealth of Kentucky | | |
| Court of Justice    www.courts.ky.gov | | County  Jefferson  ▼ |
| CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | |

**PLAINTIFF**

Leon                                    Brackens

**VS.**

Emily                                   Lettie                          **DEFENDANT**
                                                                              ▼

                                        ▼

**Service of Process Agent for Defendant:**

| Emily | Lettie |
| Louisville Metro Divison of Police | |
| 633 West Jefferson Street | |
| Louisville | Kentucky  ▼  40202 |

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

        You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on
the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on
your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you
for the relief demanded in the attached Complaint.

        The name(s) and address(es) of the party or parties demanding relief against you are shown on the document
delivered to you with this Summons.

Date:  _____APR 1 2 2012_____              DAVID L. NICHOLSON
                                           CIRCUIT COURT CLERK                    _____Clerk

                                           By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

                        Served by: _____

                                   _____Title

| AOC-105 | Doc. Code: CI | | | Case No. |  |  |
|---|---|---|---|---|---|---|
| Rev. 1-07 | | | | Court | ✓ Circuit | ☐ District |
| Page 1 of 1 | | | | | | |
| Commonwealth of Kentucky | | | | County | Jefferson | ▼ |
| Court of Justice   www.courts.ky.gov | | | | | | |
| CR 4.02; CR Official Form 1 | | CIVIL SUMMONS | | | | |

Leon                      RECEIVED APR 18 2012                      PLAINTIFF

                              Brackens        $38

VS.

Louisville-Jefferson County Metropolitan Government d/b/a Louisville Metro Police Department          DEFENDANT

810 Barrett Ave
Louisville

                    Kentucky          ☑ 40204

Service of Process Agent for Defendant:
Greg                                        Fisher

Louisville Metro Hall

527 West Jefferson Street

Louisville

                                    Kentucky          ☑ 40202

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

　　　You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within 20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

　　　The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date:       APR 11 2012                                By: _____ Clerk

                                                        _____ D.C.

| Proof of Service |
|---|
| This Summons was served by delivering a true copy and the Complaint (or other initiating document) to: |
| this _____ day of _____, 2 ___ _____ |
| Served by: _____ |
| _____ Title |

| AOC-105        Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. **12-CI-02099**<br>Court  ☑ Circuit  ☐ District<br>County  Jefferson ☐ |
|---|---|---|

**PLAINTIFF**

Leon                    Brackens

**VS.**

**DEFENDANT**

Unknown Defendant Officer

☐

**Service of Process Agent for Defendant:**

| Lisa | A | Schweickart |
|---|---|---|

Assistant Jefferson County Attorney

531 Court Place, Suite 900, Fiscal Court Building

| Louisville | Kentucky | ☐ 40202 |
|---|---|---|

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _APR 1 1 2012_

DAVID L. NICHOLSON
CIRCUIT COURT CLERK

By: _____ Clerk
_____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this _____ day of _____, 2_____.

Served by: _____

_____ Title

| AOC-105                    Doc. Code: CI | (seal) | Case No. 12-CI-2092 |
|---|---|---|
| Rev. 1-07 | | Court ☑ Circuit ☐ District |
| Page 1 of 1 | | |
| Commonwealth of Kentucky | | County Jefferson ▾ |
| Court of Justice   www.courts.ky.gov | CIVIL SUMMONS | |
| CR 4.02; CR Official Form 1 | | |

<b>PLAINTIFF</b>

Leon                                              Brackens

VS.

<b>DEFENDANT</b>

Robert                                            Ward
Louisville Metro Divison of Police
633 West Jefferson
Louisville                    Kentucky        ▾  40202

**Service of Process Agent for Defendant:**

_____

_____

_____  ▾

**THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):**

    You are hereby notified a legal action has been filed against you in this Court demanding relief as shown on the document delivered to you with this Summons. Unless a written defense is made by you or by an attorney on your behalf within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

    The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: APR 2 0 2012 , 2____

DAVID L. NICHOLSON
CIRCUIT COURT CLERK                        _____Clerk

By: _____D.C.

---

<b>Proof of Service</b>

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2____ .

Served by: _____

_____Title

| AOC-105<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | Doc. Code: CI | (seal)<br>CIVIL SUMMONS | Case No. _____<br>Court  ☑ Circuit  ☐ District<br>County  Jefferson ▾ |

Leon                    RECEIVED APR 16 2012                    **PLAINTIFF**
                             Brackens
                                              *BES*

**VS.**

Louisville-Jefferson County Metropolitan Government d/b/a Louisville Metro Police Department          **DEFENDANT**

810 Barrett Ave
Louisville                          Kentucky          ▾  40204

**Service of Process Agent for Defendant:**

Greg                                                    Fisher

Louisville Metro Hall

527 West Jefferson Street

Louisville
                                          Kentucky          ▾  40202

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

        You are hereby notified **a legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

        The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _APR 11 2012_                    _____, D.C.
                                       CAROL NICHOLSON
                                       CIRCUIT COURT CLERK
                                       By: _____ Clerk
                                                                        D.C.

```
┌─────────────────────────────────────────────────────────────────┐
│                        Proof of Service                           │
│ This Summons was served by delivering a true copy and the Complaint (or other initiating document) to: │
│ _____ │
│ this _____ day of _____, 2_____.                        │
│                          Served by: _____  │
│                                     _____  │
│                                                            Title  │
└─────────────────────────────────────────────────────────────────┘
```