| | |
|---|---|
| NO. 12-CI-2092 | JEFFERSON CIRCUIT COURT |
| | DIVISION 10 |
| | JUDGE IRV MAZE |
| LEON BRACKENS | PLAINTIFF |
| v. | NOTICE – MOTION - ORDER |
| LMPD, et al. | DEFENDANT(S) |

*  *  *  *  *  *  *  *  *  *  *

## NOTICE

Please take notice that the following motion will be heard in Jefferson Circuit Court Division 10 on APRIL 16, 2012, at 2:15 p.

## MOTION FOR PRELIMINARY INJUNCTION

The Plaintiff hereby moves for preliminary injunctive relief pursuant to CR 65, and requests that the Court order the following:

1. That the Defendant LMPD immediately reveal the identities of the officers involved in the incident on April 21, 2011, as described in the Complaint;

2. That the Unknown Defendant(s) immediately reveal their identity/ies so that they may be served with process, that the Complaint may be amended, and discovery may be conducted.

Respectfully submitted,

DANIEL J. CANON
CLAY FREDERICK ADAMS, PLC
Meidinger Tower, Suite 101
462 S. Fourth Street
Louisville, KY 40202
(502) 561-2005
Counsel for Plaintiff

EXHIBIT E

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed and emailed this 12th day of April, 2012 to the following recipients:

LISA A. SCHWEICKART
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Fiscal Court Building
Louisville, KY 40202

DANIEL J. CANON