NO. 12-CI-2092                            JEFFERSON CIRCUIT COURT
                                                                                DIVISION TEN (10)
                                                                                 JUDGE IRV MAZE

LEON BRACKENS                                                            PLAINTIFF

VS.                         **NOTICE-MOTION-ORDER**

LOUISVILLE-JEFFERSON COUNTY
METROPOLITAN GOVERNMENT, et al.                                DEFENDANTS

\* \* \* \* \* \*

TO:     Hon. Lisa Schweickart
          Assistant County Attorney
          Fisal Court Building
          531 Court Building, Suite 900
          Louisville, KY 40202

## NOTICE

Please take notice that the undersigned will on Friday, April 20, 2012, at 10:30 a.m. make the following motion and tender the attached Order.

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Comes the Plaintiff, by counsel, and moves this court for leave to file his Second Amended Complaint in the above-styled action. The Plaintiff's Second Amended Complaint is attached hereto.

Respectfully submitted,

_/s/ Daniel J. Canon_
DANIEL J. CANON
Clay Frederick Adams PLC
Meidinger Tower, Suite 101
462 S. Fourth Street
Louisville, KY 40202
(502) 561-2005
Counsel for Plaintiff

**EXHIBIT** F

NO. 12-CI-2092                          JEFFERSON CIRCUIT COURT
                                                                                      DIVISION TEN (10)
                                                                                           JUDGE IRV MAZE

LEON BRACKENS                                                                                       PLAINTIFF

VS.                                                  **ORDER**

LOUISVILLE-JEFFERSON COUNTY
METROPOLITAN GOVERNMENT, et al.                                      DEFENDANTS

\* \* \* \* \* \*

Upon Motion of the Plaintiff, and this Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Plaintiff's Second Amended Complaint hereby is **SUSTAINED.**

_____
**JUDGE IRV MAZE**

Date: _____