NO. 12-CI-2092　　　　　　　　　　　　　　　　　JEFFERSON CIRCUIT COURT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DIVISION TEN (10)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE IRV MAZE

LEON BRACKENS　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

VS.　　　　　　　　　　　**ORDER**

LOUISVILLE-JEFFERSON COUNTY
METROPOLITAN GOVERNMENT, et al.　　　　　　　　　　　　　DEFENDANTS

\* \* \* \* \* \*

　　Upon Motion of the Plaintiff, and this Court being otherwise sufficiently advised,

　　**IT IS HEREBY ORDERED** that the Plaintiff's Second Amended Complaint hereby is SUSTAINED.

[ENTERED IN COURT, DAVID L. NICHOLSON, CLERK, APR 20 2012, BY DEPUTY CLERK]

_____
**JUDGE IRV MAZE**

Date: 4/20/12

*Metro has no objections –*

EXHIBIT G