NO. 12-CI-2092            JEFFERSON CIRCUIT COURT
DIVISION TEN (10)
JUDGE IRV MAZE

**LEON BRACKENS**            **PLAINTIFF**

v.        **ANSWER ON BEHALF OF
LOUISVILLE JEFFERSON COUNTY
METRO GOVERNMENT**

**LOUISVILLE METRO GOVERNMENT**, *et al.*        **DEFENDANTS**

\* \* \* \* \* \* \*

Defendants, Stu Hamilton ("Hamilton"), Brett Hankison ("Hankison"), Emily Lettie ("Lettie"), Sam Madison ("Madison"), Kevin Hamlin ("Hamlin"), Robert Ashenfelter ("Ashenfelter"), Carey Hirtzel ("Hirtzel"), Robert Ward ("Ward"), Matthew Glass ("Glass"), and Eric Boswell ("Boswell"), by counsel, for their Answer to the Second Amended Complaint filed herein state as follows:

1. Answering Defendants state that the allegations contained in paragraphs 1 and 2 of the Plaintiff's Second Amended Complaint are legal conclusions and/or characterizations to which no response is required.

2. Answering Defendants are without sufficient information or knowledge to admit or deny the allegations contained in paragraph 3 of the Second Amended Complaint and therefore denies same.

3. Answering Defendants admit the allegations contained in paragraphs 4, 5, 6, 7, 8, 9, 10, 11, 12, and 13 of the Second Amended Complaint.

4. Answering Defendants are without sufficient information or knowledge to admit or deny the allegations contained in paragraphs 14 and 15 of the Second Amended Complaint and therefore denies same.

EXHIBIT ___

without sufficient information or knowledge to admit or deny the allegations, as they pertain to the Jeffersonville Police Department, contained in paragraphs 64, 65 and 66 of the Second Amended Complaint and therefore denies same.

31. Concerning the allegations contained in paragraph 67 of the Second Amended Complaint, Answering Defendants restate and incorporate herein by reference their answers and defenses to all previous paragraphs.

32. Answering Defendants deny the allegations contained in paragraphs 68 and 69 of the Second Amended Complaint.

33. Concerning the allegations contained in paragraph 70 of the Second Amended Complaint, Answering Defendants restate and incorporate herein by reference their answers and defenses to all previous paragraphs.

34. Answering Defendants deny the allegations, as they pertain to the Answering Defendants, contained in paragraphs 71, 72, 73, 74, and 75 of the Second Amended Complaint and therefore denies same.

35. All allegations not specifically admitted herein are denied.

### FIRST DEFENSE

36. Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

37. Answering Defendants are entitled to qualified immunity.

### THIRD DEFENSE

38. Plaintiff's injuries, if any, were caused in whole or in part by his own actions.

### FOURTH DEFENSE

39. Answering Defendants expressly reserve the right to file further pleadings and to assert additional defenses as the proof develops.

WHEREFORE, Answering Defendants demand as follows:

1. That Plaintiff's Second Amended Complaint be dismissed, with prejudice;

2. For their expenses incurred herein;

3. For a trial by jury on all issues properly so triable, and

4. Any and all other legal or equitable relief to which they may appear to be entitled.

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

BY: *(signature)*
LISA A. SCHWEICKART
ASSISTANT COUNTY ATTORNEYS
FISCAL COURT BUILDING
531 COURT PLACE, SUITE 900
LOUISVILLE, KY 40202
(502) 574-4048

COUNSEL FOR STU HAMILTON,
BRETT HANKISON, EMILY LETTIE, SAM
MADISON, KEVIN HAMLIN, ROBERT
ASHENFELTER, CAREY HIRTZEL,
ROBERT WARD, MATTHEW GLASS,
ERIC BOSWELL AND LOUISVILLE
JEFFERSON COUNTY METRO
GOVERNMENT

## CERTIFICATE

It is hereby certified that a copy of the foregoing was mailed on May 17th, 2012 via first-class U.S. mail, postage prepaid to: Daniel J. Canon, Garry R. Adams, and Mellissa Eyre Yeagle, CLAY FREDERICK ADAMS, PLC, Meidinger Tower, Suite 101, 462 S. Fourth Avenue, Louisville, KY 40202.

*(signature)*
LISA A. SCHWEICKART

6