IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:12-CV-00280-CRS
*electronically filed*

LEON BRACKENS                                                                                                   Plaintiff

v.                      **NOTICE OF DEATH UPON THE RECORD**

LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT
d/b/a LOUISVILLE METRO POLICE DEPARTMENT, ET AL.        Defendants

\* \* \* \* \*

Comes the Defendant, Brian Gillock, by counsel, and notes upon the record, the death of Leon Brackens, the Plaintiff, on June 18, 2012. The death of the Plaintiff was recently brought to the attention of this Defendant.

                                    RESPECTFULLY SUBMITTED,

                                    */s/ Sean Ragland*
                                    Sean Ragland
                                    Nicholas R. Hart
                                    PHILLIPS PARKER ORBERSON & ARNETT PLC
                                    716 West Main Street, Suite 300
                                    Louisville, Kentucky 40202
                                    (502) 583-9900
                                    sragland@ppoalaw.com
                                    nhart@ppoalaw.com
                                    COUNSEL FOR DEFENDANT,
                                    OFFICER BRIAN GILLOCK

## **CERTIFICATE OF SERVICE**

    It is hereby certified that on the 3rd day of July, 2012, a true and accurate copy of the foregoing has been electronically filed through the ECF system, which will send a notice of electronic filing to the following counsel of record in this case:

Daniel J. Canon
Garry R. Adams
Clay Frederick Adams, PLC
462 South Fourth Street, Suite 101
Louisville, KY 40202
dan.canon@gmail.com
garry@justiceky.com
*Counsel for Plaintiff*

Mellissa Eyre Yeagle
Meidinger Tower, Suite 101
462 South Fourth Street
Louisville, KY 40202
Mellissa.eyre@gmail.com
*Counsel for Plaintiff*

R. Jeffrey Lowe
Kightlinger & Gray, LLP
3620 Blackiston Blvd., Suite 200
New Albany, IN 47150
jlowe@k-glaw.com
*Counsel for S. Moss, Rick Ashabranner,*
*Chris Grimm and J. Schiller*

Lisa A. Schweickart
Assistant County Attorney
Fiscal Court Building
531 Court Place, Suite 900
Louisville, KY 40202
lisa.schwickart@louisvilleky.gov
*Counsel for Louisville Jefferson County Metro*
*Government Defendants except Brian Gillock*

               */s/Sean Ragland*
               Sean Ragland