NO. 3:12-CV-00280-CRS        UNITED STATE DISTRICT COURT
                                     LOUISVILLE DIVISION


ODELL BRACKENS, JR.
As Personal Representative of
Estate of Leon Brackens                          PLAINTIFF

V.

LOUISVILLE-JEFFERSON COUNTY
METROPOLITAN GOVERNMENT, et al.                  DEFENDANT


              DEPOSITION FOR THE PLAINTIFF

                   *** *** ***


DEPONENT:    OFFICE JOSHUA SCHILLER


TAKEN:       MARCH 18, 2014


REPORTER:    TYSIE E. MILLIKEN


Copyright, Millennium Court Reporting Services, 2014.
Permission to reproduce in any manner, including sending
this file electronically, is hereby granted to
COUNSEL and Co-Counsel only.

1  restraint. I believe the next level after that would be
2  probably would be the impact weapon, stuff of that nature and
3  then deadly force.
4      Q.  And you learned that either in the military or in
5  Nevada or both?
6      A.  Yeah. It - it might have been touched on in maybe
7  some use of force training at Jeffersonville Police
8  Department, but it's - it's not part of our policy.
9      Q.  Can you tell me what your policy is in
10 Jeffersonville on use of force?
11     A.  Basically it's a - it's for whatever the officer
12 feels is reasonable at the time to deescalate the situation
13 and create the most positive outcome possible and protect the
14 life of the officers involved and citizens - citizens
15 involved.
16     Q.  Going back to the evening of April 21, 2011, do you
17 recall that evening?
18     A.  Yes, vaguely. It was a while ago.
19     Q.  Can you tell me, at what point in time did you first
20 become involved and what eventually lead to the pursuit of
21 Rhonda Sullivan?
22     A.  I was somewhat in the area of where Officer Moss
23 said he was. He ran a license plate. I believe the
24 registered owner of that vehicle came back with a couple of
25 felony warrants. He was --

1   Q.  Do you recall what those warrants were?

2   A.  I believe one was for theft and the other was a
3   felony warrant out of Louisville.  I want to say probation
4   violation possibly.  He was - at the time, he was stating
5   behind the vehicle.  However, he was gonna stop it - he was
6   waiting for the other officers to get near him so he could
7   conduct a traffic stop on that vehicle.  I believe he was
8   probably in the two hundred block of 10 Street.  He had
9   stopped the vehicle at the time, he was a Lieutenant now but
10  he was a Captain then 'cause he was the shift commander.
11  Chris Ueding was I believe the second vehicle behind Moss and
12  I was the, possibly the third vehicle, I believe I was behind
13  Ueding.

14  Q.  Okay.  Tell us what happened upon your arrival.

15  A.  Don't believe I got out of the - I barely got out of
16  the car - Officer Moss and Chris Ueding had made contact with
17  the occupants of the vehicle and then the vehicle sped away.
18  We got in our vehicles and pursued.

19  Q.  During the pursuit, who were you taking directives
20  from?

21  A.  Well, at some point in the pursuit, I ended up being
22  the primary chase vehicle behind the suspect vehicle.

23  Q.  Can you tell us when that happened?

24  A.  That was right after she got off the exit ramp onto
25  31.  She was driving up the exit ramp.  The 10 Street exit

1  ramp on 31 - the opposite direction.  She then turned
2  northbound on 31 South against traffic and then that's - I
3  came off the southbound onramp, turned north and then she
4  turned onto, I believe, Stansiford Avenue into Clarksville so
5  right when she proceeded on 31 northbound was when I became
6  the primary chase vehicle.
7      Q.  Can you tell me who the commanding officer was -
8  that was in charge of the pursuit at that point?
9      A.  Captain Ueding apparently - I believe he did not
10 continue on from when we started going north on 31 south, so
11 the primary officer in charge at that point, or ranking
12 officer involved in the pursuit would have been Lt. Grimm.
13     Q.  Did Captain Ueding give any type of verbal commands
14 during the pursuit at all?
15     A.  Not - not that I recall.  Once we - we got over in
16 Clarksville, Lt. Grimm was pretty much the primary individual
17 in charge.
18     Q.  And, was Lt. Grimm also involved in the pursuit?
19     A.  Yes.
20     Q.  Were you being considered a - I guess, a secondary
21 pursuit vehicle?
22     A.  I believe he was the second vehicle behind me
23 because, if I recall correctly, I believe he was calling the
24 pursuit.
25     Q.  What do you mean by "calling the pursuit"?

1  shift commander who is on duty at that particular time.
2     Q.  As far as the information about the occupants of the
3  vehicle that is being chased, during the pursuit did you hear
4  anything from anyone about those individuals?
5     A.  At some point in the pursuit, with the radio traffic
6  and everything, I recall hearing that it was a possibility
7  that an occupant of the vehicle may have a - a - some sort of
8  weapon, possibly a gun.
9     Q.  And where did that come from?
10    A.  I believe - I believe it came from our dispatch.
11 I'm not hundred percent certain.
12    Q.  Were you aware that one of the occupants of the
13 vehicle was talking to dispatch?
14    A.  No, I wasn't.  Not during the pursuit.
15    Q.  Tell me everything that you recall dispatch telling
16 you about the occupants of the vehicle.
17    A.  If I remember correctly, and again, I could...my
18 memory could be - I could be wrong.  I believe we were
19 getting information there was possibly - possibly a suicidal
20 subject with a firearm inside the vehicle.
21    Q.  Was there any indication from dispatch as to whether
22 or not that individual was the driver or the passenger?
23    A.  Not that I recall.
24    Q.  Do you recall any specific information being told to
25 you about the passenger of the vehicle?

Joshua Schiller     3/18/2014

Page 22

1    A.  Not off hand, no.
2    Q.  During the pursuit, did you have your lights and
3  sirens on?
4    A.  Yes.
5    Q.  Had your dash cam been working, at what point in
6  time would have it come on, if it had been operational?
7    A.  I believe the cameras we had at the time would come
8  on if your overhead emergency lights were activated and I
9  believe they may have, may also - there were some that came
10 on at a particular speed.
11   Q.  You know what that speed is?
12   A.  No, I do not.
13   Q.  Tell us everything you recall about the pursuit form
14 the time you became the primary pursuit vehicle until the
15 time the vehicle came to a stop.
16   A.  Like I said, I got prime - I became the primary
17 pursuit vehicle once she started on 30, going northbound on
18 31 South.  We then proceeded over into Clarksville, I believe
19 off of Stansiford.  I don't know the exact streets that we
20 took once we got over in Clarksville but they were surface
21 streets; side streets.  She was traveling at a very high rate
22 of speed.  We eventually came out in an area of old
23 Clarksville.  I believe it was Harrison Avenue, down by the
24 river, where we came out to an area that had been flooded out
25 due to all the rain at the time.  At that particular moment,

1  I stopped at the edge of the water as she drove out and I did
2  not believe that she was gonna make it through that high
3  water.  She got about half way across the high water and it
4  became apparent that she was actually gonna make it to the
5  other side - to the dry part of the street.  At that
6  particular time, I said over the radio, I don't know if I
7  directed it directly at Lt. Grimm but I asked if we were to
8  continue to pursue, at which point, Lt. Grimm drove around my
9  vehicle into the water and became the primary chase vehicle.
10 At that point, I attempted to drive through the water, at
11 apparently at the deepest point and I started having some
12 mechanical issues with my vehicle - by the time I came out
13 the other side.  So, I became, I believe, the fourth vehicle
14 back at that point.
15      Q.  And, tell me real quick, who were the other three
16 were?
17      A.  I believe it was Ricky Ashbrenner and Sam Moss were
18 the other vehicles in front of me.
19      Q.  So we have Grimm, Ashbrenner, and Moss?
20      A.  I believe.  I don't remember the exact order but
21 they were - those three vehicles were in front of my vehicle
22      Q.  Okay.  Continue.
23      A.  I then - I continued following those vehicles.  We
24 proceeded - eventually we got into New Albany.  We continued
25 through New Albany, got on the Sherman Minton Bridge,

continue across into Louisville. I believe at some point, we got on 264, continued the pursuit. Louisville Metro at some point, was advised. They became involved. Some of the other units came in and eventually the suspect vehicle stopped near Breckenridge Road, I believe.

Q. Which direction on 264?

A. I guess that would be east, I guess, if you're heading towards the airport, I think.

Q. And just to clear up any confusion, from the direction of travel between the two departments, you were never involved in the pursuit on Interstate 65 were you?

A. I don't believe so, no.

Q. You didn't come across the Kennedy Bridge, correct?

A. No.

Q. Do you recall at what point in time Louisville joined into the pursuit?

A. No, not off hand, not to the exact point.

Q. When Louisville joined the pursuit, were you still the fourth car back?

A. Yes, I was still back at the time, yeah.

Q. Were there vehicles running parallel or did any of them take any type of primary positioning?

A. I don't recall who the primary vehicle was at that point. I believe, maybe at one point, a Louisville Metro car was parallel to my vehicle.

1    Q.  At the point, the white van came to a stop off of
2  Breckenridge Lane, were you still third or fourth vehicle
3  back?
4    A.  I believe so at the time, yes.
5    Q.  Was Grimm still primary at that point?
6    A.  He had pulled around the front of the vehicle.  She
7  came to a stop, prevented her vehicle from moving forward
8  anymore.  I believe Sam Moss was directly behind the suspect
9  vehicle.  I believe Ricky Ashbrenner's vehicle was next to
10 Sam Moss' vehicle.  Most of the Louisville Metro units were
11 primarily on the passenger side of the vehicle.
12   Q.  As far as the information that you recall about
13 potential suicide or a gun, do you recall whether or not you
14 came into that information while you were still on the
15 Indiana side of the river or after you had already crossed
16 into Kentucky?
17   A.  I - I don't.  At the time, dispatch was trying to
18 get information.  You know, people were calling out the
19 pursuit.  I don't recall exactly where - where or when that
20 information came from.
21   Q.  Can you tell me each and every person you recall
22 that was on the radio that evening - during the pursuit?
23   A.  Outside of the individuals we've already talked
24 about.  The dispatchers, I believe, were Linda Gibson and
25 Maggie Hansler (ph).

1  Q. And just so the record's clear, list all the individuals from your department that were on the radio?

3  A. I don't recall at that particular time.

4  Q. Is there anybody from your departments calling out any directives that was not involved in the pursuit?

6  A. Not that I recall.

7  Q. Tell us everything you recall from the time that you got out of the car.

9  A. When I got out of the car, I was positioned primarily up by Officer Ashbrenner's vehicle. Officer Moss came around with me. I believe, Lt. Grimm got out of his vehicle which was still parked in front of the suspect vehicle and he moved around to the side, which would have been about the nine o'clock from our position. At that point, Lt. Grimm and Officer Ashbrenner were providing cover. Myself and Officer Moss became contact officers, meaning we would be the primary officers taking the driver into custody. The driver was given verbal commands. She exited the vehicle. She was told to lie down on the ground. She complied. Myself and Officer Moss proceeded forward. I assisted Officer Moss in placing her in wrist restraints and then he put - she was secured. I believed pulled back from the scene. I then at that point, observed that Louisville Metro was still giving verbal commands to the passenger that was in the vehicle but that individual was not getting out.

1  So then I took a - I tried to take as tactable position as
2  possible, moving around the rear of the van below the
3  windows, came along, coming up alongside the passenger side
4  of the vehicle where I observed that - when I got to the
5  passenger side rear corner, I observed that they were still
6  giving verbal commands to the passenger. He was
7  noncompliant.
8       Q.  Was he saying anything at that point?
9       A.  With the lights and the sirens, I couldn't hear
10 anything.  They were advising to exit the vehicle and he was
11 not doing so.
12      Q.  Do you recall whether his hands were up or not?
13      A.  I can't - I can't say with a hundred percent
14 certainty whether his hands were out the window or not, but
15 he was not exiting the vehicle.  When that became apparent
16 that he was not gonna exit the vehicle, I presented - I
17 proceeded up, trying to keep below the windows while the
18 metro officers provided cover.  When I got up to the door, I
19 motioned to the metro officer and asked if he had me covered,
20 he stated that he did.  I opened the door.
21      Q.  And - and, just pause there for one second.  When
22 you say metro officers were providing cover, they have guns
23 drawn --
24      A.  That's correct.
25      Q.  -- pointed at the passenger?

1	A.	Yes.
2	Q.	Correct?
3	A.	Yes. Yes.
4	Q.	And how many guns were drawn, pointed at the
5	passenger at that point?
6	A.	I - I don't recall. There was one metro officer
7	directly parallel from me that had his - his duty weapon
8	drawn.
9	Q.	Pistol?
10	A.	Yes. Yes.
11	Q.	Did you see anybody with a shotgun or anything like
12	that?
13	A.	There might have been another officer with a
14	shotgun. There was multiple officers on that side and
15	everybody had their weapons drawn.
16	Q.	Five to ten officers?
17	A.	I can't say - I can't say a specific number.
18	Q.	Okay.
19	A.	More than two.
20	Q.	Alright, so you motioned you were taking tactical
21	position beneath the windows, motioned to the LMPD officers?
22	A.	When I got at the door, I believe I asked him if he
23	had me covered and he advised that he did. I opened the
24	door. There was a passenger inside. I advised him to keep
25	his hands visible. Show me his hands at which he did. I

1  then grabbed a hold of him by - by his shirt. When I did
2  that, he stated that his seat belt was still on. Removed the
3  seat belt. Took him out of the vehicle. Put him on the
4  ground and he was handcuffed.
5      Q.  Other than yourself, do you recall anybody else
6  going hands on with the passenger?
7      A.  When actually removing him from the vehicle?
8      Q.  Yes, sir.
9      A.  No, I was the only person that hands on removing him
10 from the vehicle.
11     Q.  What about after he was removed from the vehicle?
12     A.  Once we had him down on the ground, I was trying to
13 gain control of his - his right arm and there was multiple
14 metro officers who were also trying to gain control of his -
15 his I believe his left arm.
16     Q.  When you say "multiple", are you talking about two,
17 three, four, five, ten?
18     A.  I believe there was maybe two or three on his left
19 side, best that I can recall. There might have been one just
20 above me by his right shoulder but I can't - I couldn't tell
21 you with a hundred percent certainty. I gained control of
22 his right arm. Got it, put his right wrist into a wrist
23 restraint. They got control of his left arm and I was able
24 to put it in the left wrist restraint.
25     Q.  When you said wrist restraint, were you using

1   something other than your standard handcuffs?
2       A.   No, by wrist restraints I mean handcuffs.
3       Q.   Do you recall the passenger saying anything during
4   any of this time?
5       A.   No, not at this point.  The only thing he stated to
6   me, at this point, was the comment about the seat belt being
7   on, that was it.
8       Q.   When you approached the car, did you see a walker or
9   any type of wheelchair, anything like that in the vehicle?
10      A.   No, I was crouched down below the windows in the
11  event of someone else could have possibly laying down in the
12  van, maybe with a weapon.  I was trying to stay below the
13  windows as much as possible.
14      Q.   Were you ever informed how many occupants were in
15  the vehicle?
16      A.   Not that I recall.  From being on the driver side,
17  it appeared that there was just the driver, who exited and
18  the passenger who was not exiting.
19      Q.   At any point in time during this event, do you
20  recall the passenger saying anything other than the comment
21  about the seat belt still being on?
22      A.   Up to this point, no.  That was it.
23      Q.   What about after that?
24      A.   After that, we attempted to get the passenger up to
25  his feet so he could be searched, make sure he didn't have

1  any weapons. He stated at this point that he was, he was
2  disabled. We tried to keep him up on his feet. It was
3  basically all dead weight to where we actually placed him up
4  against the vehicle. I was trying to check his immediate
5  area to make sure that he didn't have any weapons on him. At
6  this point, I noticed that one of his legs appeared to be not
7  normal or possibly injured and that is when we immediately
8  sat him on the ground.
9      Q.  Could you tell if he had urinated in his pants at
10 that point?
11     A.  Once we sat him down on the ground, yes, he had
12 urinated himself.
13     Q.  Do you know by name, any of the LMPD officers that
14 you saw go hands on?
15     A.  No, I do not.
16     Q.  Since this event, have you sat down with any of the
17 police officers from LMPD?
18     A.  No, I have not.
19     Q.  Have you talked to anybody other than their council
20 from LMPD?
21     A.  No, I have not.
22     Q.  Have you looked at any of the LMPD documents that
23 have been produced in this case?
24     A.  No. No, documents that they produced. No.
25     Q.  Did you review the deposition of Officer Gilloch

1    A.   No, by then, I mean, it was pretty much - he was
2  extricated from the vehicle, he was on the ground, he was in
3  handcuffs.
4    Q.   Were there any tactical maneuvers that were used to
5  take him to the ground?
6    A.   No, I simply grabbed him by his upper torso by his
7  shirt and I pulled him from the vehicle.
8    Q.   Did he resist at all?
9    A.   He wasn't actively fighting us.  You know, his - he
10 wasn't exactly giving us his hands making it easy to handcuff
11 him.  But he wasn't, he wasn't actively resisting or
12 fighting, no.
13   Q.   When he was on the ground, was he face down or face
14 up?
15   A.   I believe when he, he landed on the ground, possibly
16 on his side.
17   Q.   Right or left?
18   A.   I believe it was his left.  We rolled him to his
19 stomach in an attempt to try to get his hands behind his back
20 to handcuff him.
21   Q.   When you say, "we", who were the other individuals
22 involved?
23   A.   Once I got him on the ground, the metro officers,
24 whoever they may be, assisted me in trying to get his hands
25 behind his back.

Joshua Schiller   3/18/2014

Page 35

1  Q. What was the reason Mr. Bracken was placed in
2  handcuffs?
3     A. Because at that point, we didn't know the entire
4  situation, what his involvement was. We were still unclear
5  whether or not there was anyone in the vehicle had a weapon
6  and we conducting a high risk stop such as that, that's -
7  that's common law enforcement procedure.
8     Q. And at what point in time were those handcuffs
9  removed?
10    A. As soon as we ascertained that - that there was no
11 one in the vehicle with a weapon that we were aware of and
12 that we had actually gotten information at that point that he
13 had - he had himself called 911 and was trying to get the
14 driver to pull over.
15    Q. So you didn't learn that information until after the
16 stop?
17    A. That was after the stop. Once we - once we found
18 out that he actually had no, no warrants, no criminal
19 involvement, he was just simply a passenger in the vehicle
20 and that he had tried to get her to stop, he was immediately
21 taken out of handcuffs.
22    Q. And how did - where did that information come from?
23 How did it get to you?
24    A. I believe that - I don't recall if it was
25 specifically told to me or possibly to Lt. Grimm, or another

1  Q. Okay. And at some point though, you did hear come
2  through your dispatch that there was information - there was
3  somebody in the car with a gun?
4  A. Yes. I don't know - I don't recall if it was our
5  dispatch or if it was some other officer talking on our, our
6  channel but I do recall there was some mention of a possible
7  weapon in the vehicle during - when we were in the pursuit.
8  Q. And during the pursuit of Ms. Sullivan in
9  Jeffersonville, at some point she was going the wrong way on
10  various roads. Is that correct?
11  A. That's correct.
12  Q. Was she endangering other lives at that point?
13  A. I mean, yes, she was going the wrong way. Traffic
14  was light, but there were vehicles that had to pull off to
15  the side of the road, yes.
16  Q. And at one point did she attempt to ram a - I
17  believe it was a Lieutenant at the time - Grimms' car?
18  A. Like I said, I was several cars back. I did not
19  physically witness that at the time, but I had seen that in
20  one of the videos.
21  Q. Did you at any point in the pursuit, hear any
22  information come over the dispatch that she had attempted to
23  ram one of the police cars?
24  A. Again, at the time, I don't remember hearing that.
25  Q. Okay. Did you perceive, based upon what you were

1  hearing through dispatch and observing the driving - Ms.
2  Sullivan's driving of the vehicle - did you perceive her to
3  be a threat to anyone's safety?
4      A.  Yeah.  I mean, she was traveling at a very high rate
5  of speed at certain areas.  I mean, if it were - I would
6  consider that reckless driving.
7      Q.  And when you just consider reckless driving, did you
8  think she had the ability to kill someone?
9      A.  Yes.
10     Q.  With her vehicle?
11     A.  Yes.
12     Q.  At the time that she was - she actually stopped her
13 car herself.  Is that correct?
14     A.  Yes.
15     Q.  Okay.  And I believe, according to the video, you
16 thought that was Grimm who had pulled in front of her?
17     A.  Yes, I'm pretty sure it was.
18     Q.  Okay.  And at the time that she finally stopped her
19 vehicle, you indicated this was a high risk stop?
20     A.  Yes, that's what we would consider a high risk stop.
21     Q.  Can you explain to me what that means?
22     A.  High risk is generally anywhere where there's a,
23 anywhere where there's high probability of a pos - of a
24 felonious assault against officers or others.  Meaning, you
25 know, there might be a weapon in the vehicle, someone has

Case 3:12-cv-00280-DJH-DW   Document 64-2   Filed 10/15/14   Page 20 of 20 PageID #: 564

Joshua Schiller   3/18/2014

Page 54

```
 1   obviously has not stopped for us and there is a potential
 2   they might fight us or harm officers or other people
 3   involved.
 4       Q.  And at this moment, when the car is initially
 5   stopped, are you aware that there are at least two people in
 6   the car?
 7       A.  Upon her getting out of the driver's side and us
 8   securing her, I knew there was at least one other person in
 9   the vehicle.  I did not know if there was any more.
10       Q.  And at the moment that you were able to observe the
11   second person in the vehicle, did you know whether or not
12   that person was a threat to you?
13       A.  I did not.  I did not know - I didn't know what was
14   going on at that point.  Once I got around the vehicle, I
15   observed that he was not compliant with verbal commands to
16   get out of the vehicle and that is a - not a common - that's
17   not a common reaction for people generally.
18       Q.  And at this point, was there still any concern on
19   your part, based upon information you had received over the
20   radio, based upon the action that you had seen with the
21   driver, was there still any concern in your mind that there
22   might be a weapon in that car?
23       A.  Absolutely.
24       Q.  Okay.  Was there any concern that the passenger
25   might hurt you?
```

Millennium Court Reporting Services, LLC
(502) 269-2578