

PSU-007S
06/08

# LOUISVILLE METRO POLICE DEPARTMENT
## PROFESSIONAL STANDARDS UNIT
### ACCUSED SWORN EMPLOYEE STATEMENT

CASE NUMBER: 12-001

Today's date is: Friday, February 24, 2012      The time is  2209  hours.

This is an interview with  Sam Madison                            Code#: 2323
Assignment: Traffic             Shift: Evening

This interview is being conducted at:
☒  Professional Standards Unit Office, 2743 Virginia Avenue Louisville, KY 40211

☐  Other Location: _____

Present during this interview is:   Sergeant Brian Stanfield   and   Sergeant Paul Neal

        Officer            Sam Madison
    (Employee Title)            (Employee Name)

Q1  ☑  Are you aware this interview is being tape-recorded?

Q2  ☑  Has anyone threatened you in order to obtain this interview?

Q3  ☑  State your name and code number. Please spell your name.

Q4  ☑  State your unit of assignment, car number, and shift.

5   ☑  Are you on duty at the time of this interview?

Q6  ☑  Were you served with a 48 Hour Notice and a copy of an affidavit or Chief's Initiation Letter?

Q7  ☑  Has 48 hours passed since you were served with that notice?

Q8  ☑  Was there enough information on the affidavit or the initiation letter to enable you to answer questions pertaining to this incident and any potential charges that may arise?

Q9  ☑  Are you aware the following interview will be a sworn statement?

Q10 ☑  You have an obligation to answer questions completely and truthfully. If you do not, departmental charges may be placed against you which could result in disciplinary action up to and including termination. Furthermore, as this is an official investigation, you are ordered not to discuss the facts of the incident(s), this investigation or any sworn statements given in this investigation, with anyone other than legal counsel.
Do you understand this?   Yes ☑  No ☐

This interview is being tape-recorded and it will be typed into statement form at a later date. If you desire, you may return to this office to read your statement, make necessary corrections and sign it. You may also obtain a copy of your transcribed statement at a later date. If you provide this office with a blank audiocassette, a copy of this interview will be made for you.
Do you understand this? Yes ☑  No ☐
Do you have any requests before we begin? Yes ☐  No ☑
Requests: _____



PSU-007S
06/08

# LOUISVILLE METRO POLICE DEPARTMENT
## PROFESSIONAL STANDARDS UNIT
### PROFESSIONAL STANDARDS UNIT WARNING
CASE NUMBER: _____12-001_____

_Sam Madison_, as an employee of the Louisville Metro Police Department, you are required to give a statement to the investigators of the Professional Standards Unit. The results of your statement or any information derived from your statement may not be used in a criminal proceeding against you, and therefore a privilege against self-incrimination is not applicable in this statement. If you refuse to answer all questions posed to you, administrative charges will be placed against you which could result in disciplinary measures up to and including your termination from the Department. Do you understand these requirements?    Yes ☑   No ☐

**Your interview will be a sworn statement; PLEASE RAISE YOUR RIGHT HAND**

Do you, _Sam Madison_, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth?

**I understand the above oath that I have taken.**

X _Samuel M Madison_  X _2-24-12_  X _2212_
        Signature           Date        Time

_[Witness signature] #2593_   _02-24-2012_   _2212_
        Witness signature         Date        Time

Subscribed and sworn to me by  _Sam Madison_

This _24th_ day of _February_, 2012.

_[signature]_                                       _2/24/2015_
Notary Public, State at Large               My Commission Expires

Louisville Metro Police Department Professional Standards Unit accused sworn employee statement, Case #12-001. Today's date is Friday, February 24, 2012. The time is currently 2209 hours. This is an interview with Sam Madison, code number 2323, assignment Traffic Unit, shift evening shift. This interview is being conducted at the Professional Standards Unit office, 2743 Virginia Avenue, Louisville, Kentucky 40211. Present during this interview is Sergeant Brian Stanfield and Sergeant Paul Neal and Officer Sam Madison.

| | |
|---|---|
| Stanfield Q1 | Officer Madison, are you aware this interview is being tape recorded? |
| Madison | Yes, I am. |
| Stanfield Q2 | Has anyone threatened you in order to obtain this interview? |
| Madison | No. |
| Stanfield Q3 | State your name and code number, and please spell your name. |
| Madison | My name is Samuel Madison, it's S-A-M-U-E-L, middle initial L, last name Madison M-A-D-I-S-O-N, my code number is 2323. |
| Stanfield Q4 | State your unit of assignment, car number, and shift. |
| Madison | I work for the Louisville Metro Police Traffic Unit, my unit number is 1141 and I work the evening shift normally. |
| Stanfield Q5 | Are you on duty at the time of this interview? |
| Madison | Yes. |
| Stanfield Q6 | Were you served with a 48 hour notice and a copy of an affidavit or Chief's Initiation Letter? |
| Madison | Yes, I was. |
| Stanfield Q7 | 48 hours has not passed since you were served with that notice, correct? |
| Madison | That's right. |
| Stanfield Q7A | You were served with that on this evening when you walked into the Professional Standards unit, correct? |
| Madison | Yes. |
| Stanfield Q8 | And for the purposes of the recorder I'm showing you a copy of the 48 hour notice waiver that you noted with your signature and your initials, is that correct? |
| Madison | That's right. |

| | |
|---|---|
| Stanfield Q9 | And is it still your wish to speak with us regarding the investigation we currently have involving the pursuit in April of 2011? |
| Madison | Yes, sir. |
| Stanfield Q10 | Was there enough information on the affidavit or the initiation letter to enable you to answer questions pertaining to this incident and any potential charges that may arise? |
| Madison | To the best of my knowledge. |
| Stanfield Q11 | Are you aware the following interview will be a sworn statement? |
| Madison | Yes, sir. |
| Stanfield Q12 | You have an obligation to answer questions completely and truthfully. If you do not, departmental charges may be placed against you which could result in disciplinary action up to and including termination. Furthermore, as this is an official investigation, you are ordered not to discuss the facts of the incident(s), this investigation or any sworn statements given in this investigation, with anyone other than legal counsel. Do you understand this? |
| Madison | Yes, sir. |
| Stanfield Q13 | This interview is being digitally recorded, and it will be typed into statement form at a later date. If you desire, you may return to this office to read your statement, make necessary corrections, and sign it. You may also obtain a copy of your transcribed statement at a later date. If you provide this office with a blank audiocassette, a copy of this interview will be made for you. Do you understand this? |
| Madison | Yes, sir. |
| Stanfield Q14 | Do you have any requests before we begin? |
| Madison | No. |
| Stanfield Q15 | Sam Madison, as an employee of the Louisville Metro Police Department, you are required to give a statement to the investigators of the Professional Standards Unit. The results of your statement or any information derived from your statement may not be used in a criminal proceeding against you, and therefore a privilege against self-incrimination is not applicable in this statement. If you refuse to answer all questions posed to you, administrative charges will be placed against you which could result in |

3

| | |
|---|---|
| | disciplinary measures up to and including your termination from the Department. Do you understand these requirements? |
| Madison | Yes, sir. |
| Stanfield Q16 | Your interview will be a sworn statement. Please raise your right hand. Do you, Samuel Madison, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth? |
| Madison | Yes, sir, I do. |
| Stanfield | Sir if you understand the oath you've taken please sign at the X, today's date and use the time on this clock to your left-hand side. ... Sergeant Neal will witness that. ... Officer Madison for the purposes of the recorder in December 2011 Chief Ishmon Burks initiated a Professional Standards unit investigation regarding a pursuit that took place on April 21, 2011, this pursuit started in Jeffersonville, Indiana and made its way into our jurisdiction. If you could in your own words just go into any involvement you had in the pursuit and how you got involved. |
| Madison | Well, myself and my co-worker that was working that night Emily Lettie we was at the office with our sergeant working on paperwork for a fatal or something like that Radio had called off and said they had a pursuit coming from Indiana and was requesting cars, um, we went in there and got with our sergeant and said hey, uh, are you okay with us goin' up here and see if we can help and he said yes, go, so Emily and I ran out to our cars and, uh, got in our cars and left the building, I pulled out of the parking lot and went right up on Taylor Blvd., uh, I waited till I got to the actual interstate to initiate my emergency equipment 'cause it was kinda late in the evening and I didn't want to start my siren back there in the neighborhood, once I got up towards the interstate I turned everything on and was trying to figure out where they was at because they had just passed Taylor Blvd. so I was trying to catch up to them, um, being the Indiana state police troopers or Jeffersonville, New Albany, all I know it was Indiana I don't know exactly which departments it was ... |
| Stanfield Q17 | Do you know if they were headed eastbound or westbound? |
| Madison | We was going eastbound on 264 and I got on at Taylor Blvd. Um, I caught up with them somewhere around the Southern Parkway exit to Crittenden which is the next exit two exits up from where I was at, um, traffic was very, very light, uh, when I got up there, there was three or four marked police cars following the vehicle, I was still trying to relay information to Radio so they could relay it to our side since there was a communication gap, um ... |

4

| | |
|---|---|
| Stanfield Q18 | Were any of those Metro cars at that time? |
| Madison | I didn't see any metro cars up there at that time, not when I first come up on 'em, um, it looked like either Jeffersonville or New Albany, um, I don't think it was Indiana state police but you know, their stripings are different from us and being that they're out of state I don't travel over in Indiana that much I couldn't really tell you, I was too busy driving. Um, anyway I got up to 'em and I started relaying information back to our traffic channel which is the traffic-CIS channel, um, asking for exactly which vehicle they was pursuing to try to figure out to narrow it down, um, they was wanted for a violent felony warrant from what I remember, uh, they was supposed to had a firearm in the car with them, um, I figured out that it was a white van, I'd asked for the Air Unit to see if our air Unit was available and, um, I more or less I shadowed them, I let them continue to take everything because I'm in a unmarked car, it's lit up pretty well for a traffic car but it's still unmarked and I always, I stood back and off to the right and allowed the initial officers to continue to take the lead, uh, as we come up towards Taylorsville Road Breckenridge Lane area they started merging over to the right, I started falling back, I think there at one time I even asked for some stop sticks just trying to get something up ahead of us so we could try to get this vehicle stopped in a safe resolution so no one got injured but they finally they started slowin' down at the exit there at Breckenridge Lane, uh, two, three, four Indiana cars had boxed this van in, it stopped and then one of the Indiana cars backed up leavin' a couple of feet in between the vehicles, the van had stopped, the rest of the marked cars were behind it and off to the side of it, I was off to the right side in the back, I angled my car so the video would capture whatever was going on and, uh, we got out and of course the sirens were so loud from everything, uh, it's hard to hear, Officers was trying to I guess conduct a felony stop on the vehicle to get the people out of the vehicle, um, once I saw that there was more officers coming around, I backed off to the right because they had their weapons out and I didn't want a cross-fire situation and too may hands-on is dangerous, um, so I backed out and let them, I presume it was all Jeffersonville or New Albany or whoever, it looked like all Indiana, you know, stuff to me, anyway got the people out of the car, um, I think there was a female driving and I know Emily I think she searched the female for them, um, I don't think they found any contraband or anything like that, um Indiana I guess they took possession of her and then there was another gentleman in the car that wouldn't get out, uh, the rest of the Indiana guys or whoever it was went up to the car, opened the door and got him out and put him down to the ground and it didn't look rough or nothin' to me, they just took him and, you know, took him into custody, uh, and then they set him up on the ground and that was pretty much it, I remember walking back to my car and shutting my siren off and was trying to get some of the other guys to shut their sirens off so we could |

5

|  |  |
|---|---|
|  | hear something, um, I had problems with my mic too from time to time the battery sometimes it's just the luck of the draw, sometimes it's fully charged or it depends on how long I've been working and how much I've used it, the battery's run down on it sometimes so , but I let the film run for a little while and I went and shut everything down., know my boss was up there, my sergeant was up there because we all left the Traffic office ... |
| Stanfield Q19 | Who is your sergeant? |
| Madison | Sergeant Hamlin, Kevin Hamlin, um, we all kinda got together for a second and was tryin' to figure out who did what or what we was gonna do as far as paperwork-wise that needed to be filled out for the department, uh, that's the COs that did that, that's above my pay grade, um, they figured out what they was gonna do and I was instructed that I was free to leave so I left. |
| Stanfield Q20 | Who told you you were free to go? |
| Madison | My sergeant. |
| Stanfield Q21 | Did he clear you and I guess officer Lettie as well? |
| Madison | Yes, as far as I know, he told us that we could go. |
| Stanfield Q22 | Did he leave at the same time you all did or do you remember? |
| Madison | From what I remember, yes, the COs got together and they had their command meeting or whatever and then figured out what was gonna be done and then, uh, we was instructed that we was done, that we could leave and we left. |
| Stanfield Q23 | Just some follow-up questions with you real quick. You mentioned that you got engaged, uh, as a support role in the pursuit, is that correct? |
| Madison | Yes, sir. |
| Stanfield Q24 | And you advised I believe earlier on this tape that someone in the vehicle was either wanted for a felony warrant and/or some suspicion of a firearm being in that vehicle, correct? |
| Madison | Yeah, somebody, uh, from what I remember the initial run was that they was wanted for violent felony of some type and that there was a firearm inside the vehicle too from what I remember. |
| Stanfield Q25 | And you've had an opportunity to review your video, your in-car video |

6

| | |
|---|---|
| | from that evening, is that correct? |
| Madison | Yes, sir, I have. |
| Stanfield Q26 | And during the pursuit, uh, is it fair to say you were never the lead car in the pursuit? |
| Madison | Yes. |
| Stanfield Q27 | And I think you noted that on tape earlier that another agency was actually leading the pursuit ... |
| Madison | Yeah, they had marked vehicles, I'm in an unmarked Traffic vehicle, I shadowed back off to the right and never, uh, tried to take over on anything, my purpose was just to let our guys know where we was goin', what we was doin' and what we could do to help them stop this vehicle with a peaceful resolution without anybody getting hurt. |
| Stanfield Q28 | And you described that earlier, that's why you were relaying information to the radio so that they could in turn relay that to the Indiana officers involved, is that correct? |
| Madison | Yes, sir, there was a radio gap there with two different ... |
| Stanfield Q29 | On the video if you're watching your in-car video Officer Lettie leaves ahead of you coming out of the Traffic office, you both get up on the interstate and actively involve in support role in the pursuit, uh, does she ever become the lead car that you could tell in the pursuit? |
| Madison | No, because she was coming up, she's got an older vehicle and hers doesn't run as well as mine did, mine's a newer vehicle so I went around her to try to figure out where this car was at or where they was at, if we could even help, if they was so far ahead of us we couldn't catch 'em or what and like is aid I come up on 'em the next exit and a half to two exits up and, uh, I saw the police vehicles and everything and that's when I started tellin' Radio what we had, you know, where we was goin', what was goin' on and what we're supposed to do. |
| Stanfield Q30 | And just for clarification purposes when you utilized your emergency equipment you advised when you left the Traffic office you initially had your lights on and the microphone was on but you didn't have the siren on because the traffic office ... |
| Madison | Actually when I first initially left the Traffic office our videos, uh, record 30 seconds prior to us, I didn't turn on anything until I got up towards the interstate because I was in the, uh, our Traffic office sits in a residential |

|  |  |
|---|---|
|  | area, I didn't want to wake up the neighborhood and you know, once I got up on Taylor Blvd. started going up to the ramp that's when I initiated my equipment and my lights, my sirens and my microphone and everything comes on like it's supposed to if it's working correctly. |
| Stanfield Q31 | During the actual pursuit, the pursuit ends at like you said Breckenridge Lane at the off-ramp there, it appears based on the video and as you said Jeffersonville vehicle boxing the van in, uh, the driver of the van was a female, you said Officer Lettie patted her down, is that correct? |
| Madison | Yeah, I remember, uh, her searching them or since it was a female they needed a female to properly search her. |
| Stanfield Q32 | And then at some point the passenger is taken out of the vehicle, you advise you didn't see much force used if any, is that correct? |
| Madison | No, they just took him out and more or less just set him down on the ground and was trying to handcuff him and my video should show that 'cause the way I angled my car was perfect, you could see the passenger's side more because I'm on the right side of the vehicle, you can't see so much of the driver's side but the passenger's side is there. |
| Stanfield Q33 | Do you know if either person was ever taken into custody as far as physically arrested? |
| Madison | As far as I know, the female had been but I'm not really positive on that and I don't even think the passenger was arrested or anything, I don't know if he was a victim, there was a miscommunication between Jeffersonville and us as to really what was goin' on and just that's why I don't mind helping people out but I gotta have a little bit of facts before I jump off the bridge. |
| Stanfield Q34 | At some point the passenger is sitting in the driver's portion of the roadway handcuffed, uh, and do you ever remember him complaining to you about injury or any type of force used on him that evening at all? |
| Madison | No, sir, I think I remember, um, we walked up and maybe looked at the car or something 'cause the van rolled forward and hit one of the cars and we was tryin' to figure out if they was gonna do any kind of reports or whatever that I could assist them further than what I've already done, um, I don't ever recall ever talking with him, uh, and as far as him saying anything you know I don't remember any of that. |
| Stanfield Q35 | Do you ever remember anybody commenting about he's hurt in any way or injured in any way, do you ever remember hearing that discussion amongst any of the other officers at the scene that evening? |

8

| | |
|---|---|
| Madison | No, sir, I don't. |
| Stanfield Q36 | Do you remember Sergeant Hamlin or Officer Lettie as they were assigned to the Traffic Unit that evening advising you that he was injured in any way shape or form? |
| Madison | No. |
| Stanfield | Sergeant Neal, any questions? |
| Neal | I don't believe I have any. |
| Stanfield Q37 | Officer Madison anything you'd like to add for the purposes of this investigation? |
| Madison | No, sir, I just was doing my job, just tried to do the right thing. |
| Stanfield Q38 | Anything that you saw that evening that was contrary to how you've been trained as a Metro Police officer? |
| Madison | No, everybody acted professional, even the Jeffersonville guys and everything, nobody was out of line or nothin', nobody beat on somebody or anything like that, if it would have been something like that then I would have stepped up and stopped it, you know, 'cause I just, you know, that's not right, and I didn't see anything like that. |
| Stanfield Q39 | Anybody discourteous to either the passenger or the driver that evening, say anything, curse at them, you know, any unprofessional verbal communication? |
| Madison | Not that I'm aware of. |
| Stanfield | Sergeant Neal, any questions? |
| Neal | I don't have anything. |
| Stanfield Q40 | Officer Madison? |
| Madison | I'm good. |
| Stanfield | We'll conclude the statement, the time is currently 2228 hours. |

**END OF STATEMENT**