IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ODELL BRACKENS, JR.                    )
As Personal Representative             )
of the Estate of Leon Brackens         )
                                       )
                Plaintiff              )
                                       )
vs.                                    ) CASE NO. 3:12-CV-00280-CRS
                                       )
LOUISVILLE-JEFFERSON COUNTY            )
METROPOLITAN GOVERNMENT, et al.        )
                                       )
                Defendants             )

DEPOSITION FOR PLAINTIFF

\*\*\*   \*\*\*   \*\*\*

DEPONENT:   OFFICER BRIAN GILLOCK

TAKEN:      APRIL 12, 2013

REPORTER:   TYSIE E. MILLIKEN

Copyright, Video Court Reporting Services, Inc., 2013.
Permission to reproduce in any manner, including sending
this file electronically, is hereby granted to
COUNSEL and Co-Counsel only.

1  was.

2      Q.    Do you recall whether or not that it was Officer
3  Madison, or a different officer?

4      A.    I don't know.  Officer Madison generally would be
5  on a different channel, but he could have been on our channel
6  at that time.  I don't really remember.

7          I know I heard Officer Ward give a speed update,
8  which is typically what we do.  That's one of the things that
9  is generally given in a pursuit, is the speed and direction
10 in Traffic Divisions.

11     Q.    Do you recall specific information coming from
12 any other officer other than Officer Ward?

13     A.    From any officer?  No.

14     Q.    Yes, sir.

15     A.    No.  The -- the Air Unit was on the radio at the
16 time.  Those are sworn officers also, and giving an update of
17 where the pursuit actually was and, of course, I could see it
18 in my mirror when the pursuit was coming towards me.

19     Q.    Was there any communication at all between the
20 Kentucky Departments that were involved and the Indiana
21 Department or Departments that were involved?

22     A.    I don't have any knowledge of that.  I know that
23 the dispatcher was telling us information that she was
24 receiving from Indiana, but I don't know about any direct
25 communication.

1  Q.    What about any communication from the -- directly
2  from the dispatcher in Indiana to you?
3  A.    I wouldn't be privy to any of that. We don't get
4  any kind of -- we only hear our dispatcher talk. I don't --
5  I don't know what was said.
6  Q.    On the three systems, the three video systems
7  that you described, do you know if in any of them an officer
8  can manually override either the video component or the audio
9  component of the system? And you can start with whichever
10 one you want to explain first.
11 A.    I mean, honestly, I don't think there is a way
12 you can override the Arbitrator. I really wouldn't know how.
13 I mean, I don't work in our electronics shop or anything, so
14 I mean, I don't know of -- I -- I'm pretty confident that
15 they have fail-safes so that you couldn't. But as far as the
16 MVS, I don't really -- like I said, the same thing. I don't
17 really know anything specific. When you turn on your camera,
18 it seems like it, you know, it would record.
19 Q.    What about shutting off the audio? You have
20 control of that, don't you?
21 A.    Well, yeah. The audio recorder is something
22 that's separate, it charges separately. So you would have to
23 actually wear your body mike. Like I have -- this is the
24 Arbitrator body mike right here. And there is the ability to
25 turn it off and on, but if you turn it off, it says on the

1 something, but like I said, I couldn't -- couldn't tell you
2 exactly what he was saying at that point.
3     Q.    Do you recall him saying anything about his
4 physical condition?
5     A.    Not at that point.
6     Q.    Did you see a walker in the vehicle at all?
7     A.    No, I didn't.
8     Q.    Did you see a wheelchair in the vehicle at all?
9     A.    I did not.
10     Q.    Did you see any weapons, or anything that caused
11 you any concern as you approached the vehicle?
12     A.    I did not. My first priority and my concern, was
13 his safety and my safety just -- just alike, was to make sure
14 that I saw him there and I didn't see anybody else, like in
15 the back area of the van as I approached, or anything like
16 that. I was more concerned about people than I was, you
17 know, for a walker and a wheelchair at that point.
18     Q.    Okay. So you did do a scan of just the back
19 seat --
20     A.    Just a quick glance to make sure nobody else was
21 in there as I approached the vehicle. That's correct.
22     Q.    Uh-huh. And at that point in time you didn't see
23 any people, correct?
24     A.    Other than him, that's correct.
25     Q.    Did you holster your weapon?

1   A.   I did holster my weapon.
2   Q.   Why did you holster your weapon?
3   A.   Because he was -- he was going to need to come
4   out of the vehicle, and I didn't want to reach in there with
5   my weapon out.
6   Q.   But did you have any concern for your safety at
7   the time you holstered your weapon?
8   A.   The same concern I had before I was un-holstered,
9   actually. Yes, I did. I had concern because I didn't know
10  him. I didn't know what his plans were, so I didn't want to
11  introduce a weapon in that vehicle if he didn't already have
12  a weapon in that vehicle. So I holstered so I would have
13  both hands available to -- to help him out of the vehicle.
14  Q.   What can you tell us about Mr. Brackens' physical
15  description that you observed prior to putting your hands on
16  him?
17  A.   I didn't really -- what do you mean by "physical
18  condition?" I didn't really observe any.
19  Q.   Well, what did he look like?
20  A.   Probably --
21  Q.   Was he of slight build? Tall, big, strong, fat,
22  skinny --
23  A.   No, he was --
24  Q.   -- old, young?
25  A.   He was of a smaller build. I would say average

1  Q. Did Mr. Brackens indicate to you at all any
2  reason why he couldn't undo his own seatbelt, or why he
3  didn't want to undo his own seatbelt?
4  A. Not to my recollection. Not at that point.
5  Q. Did he at any point?
6  A. Later on, like I said, when I undid his seatbelt,
7  pulled him out of the vehicle, lowered him to the ground, he
8  had said that -- well, this would have been -- a little bit
9  more time would have progressed than a few seconds, but he
10 said that he had had a something, some kind of bone issue.
11 But I don't specifically remember what he said. He said that
12 he had something wrong with his leg.
13 Q. Do you recall whether or not the seatbelt got
14 caught around either one of his arms as he was being
15 extracted from the vehicle?
16 A. Yeah. When we undid the seatbelt, I'm pretty
17 sure it caught either on him or it could have been on the
18 officer from Indiana, on one of their arms. But the seatbelt
19 was generally in the way, so we tried to push the seatbelt
20 away so he could come out freely.
21 Q. When Mr. Brackens was being pulled from the car,
22 was he being primarily pulled out by you, by the Indiana
23 officer, or did you both have equal control of him at that
24 point?
25 A. I'd say we both probably had pretty close to

1   A.    I'm not sure.  I'm not sure exactly where
2   everyone was.  And I know in the video it appeared that more
3   people may have came up at that point, but I'm not sure who,
4   or who would have been aware...
5   Q.    I was getting ready to ask you that.
6   A.    I'm sorry.  I didn't mean to jump in first.
7   Q.    That's okay.
8   A.    I'm -- I'm -- I'm just -- I'm not positive where
9   everybody was.  I know I was around right there at the
10  head --
11  Q.    Do you --
12  A.    -- because I was actually talking with Mr.
13  Brackens once...
14  Q.    Can you identify any other officer there on the
15  scene that put their hands on Mr. Brackens, other than
16  yourself and the unidentified Indiana officer?
17  A.    Not specifically, no.  I didn't pay any attention
18  to them.  I was more concerned with Mr. Brackens at the time.
19  Q.    Do you know who handcuffed Mr. Brackens?
20  A.    I remember that they were putting his hands
21  behind his back to handcuff him, and I actually pulled my
22  handcuffs out and handed them to someone, but I don't
23  remember who it was that put them on.
24  Q.    Do you know --
25  A.    But they were my handcuffs that went on him, but

1  I didn't actively -- I'm not the one that actually handcuffed
2  him.
3      Q.   Okay.  Do you remember anybody kicking or kneeing
4  Mr. Brackens during that handcuffing process?
5      A.   Not at all.
6      Q.   Do you remember seeing that after watching the
7  video?
8      A.   No, not at all.
9      Q.   Do you remember seeing any activity down near his
10 legs?
11     A.   Not that I recall.
12     Q.   Do you know if the other individuals you
13 described that, I guess, came to his person, do you know if
14 they were Indiana police officers or Louisville Metro police
15 officers?
16     A.   I'm honestly not sure.  I'm not sure.  Like I
17 said, I was actually -- I was actively talking to Mr.
18 Brackens while he was on the ground.
19     Q.   And what was Mr. Brackens saying?
20     A.   At one point he said he's the one that called
21 9-1-1.  He told me that he had something wrong with his legs.
22 I explained to him that, okay, we were going to look into it.
23 I just needed to make sure that everyone was safe, and that
24 -- and this is what we do.
25          We have to kind of secure everybody until we can

1  verify all the information, because in my experience, and
2  this is what I had explained to him at one point, there was
3  one point where we actually set him up and he was kind of
4  leaning against my knee and I was talking to him while we
5  were waiting on EMS to get there.
6          I told him that, you know, unfortunately, a lot
7  of these pursuits people call 9-1-1 and we can't take that
8  for meaning anything until we -- we know we can verify
9  everything.  That we have to make sure that we know who
10 exactly we're dealing with.
11     Q.    Was Mr. Brackens arrested?
12     A.    No, he wasn't arrested.
13     Q.    Was he charged with any crimes?
14     A.    Not that -- not to my knowledge.
15     Q.    Why was he handcuffed?
16     A.    Because initially we didn't know exactly who we
17 were dealing with, or what his -- for lack of a better term
18 -- agenda was at the time.  All we knew was what we had
19 received over the radio until we could verify information.
20     Q.    Did you see what happened to the driver of the
21 vehicle?
22     A.    I did not.
23     Q.    Do you know whether or not she was taken to the
24 ground?
25     A.    I don't know.