

PSU-007S
06/08

# LOUISVILLE METRO POLICE DEPARTMENT
## PROFESSIONAL STANDARDS UNIT
### ACCUSED SWORN EMPLOYEE STATEMENT

CASE NUMBER: __12-001__

Today's date is: Wednesday, May 0**2**, 2012     The time is __0002__ hours.

This is an interview with __James Steffan__     Code#: __7739__
Assignment: __6th Division__     Shift: __1st Platoon__

This interview is being conducted at:
☒ Professional Standards Unit Office, 2743 Virginia Avenue Louisville, KY 40211

☐ Other Location: _____

Present during this interview is: __Sergeant Brian Stanfield__ and __Sergeant Paul Neal__

__Officer__                 __James Steffan__
(Employee Title)            (Employee Name)

Q1 ☑ Are you aware this interview is being tape-recorded?

Q2 ☑ Has anyone threatened you in order to obtain this interview?

Q3 ☑ State your name and code number. Please spell your name.

Q4 ☑ State your unit of assignment, car number, and shift.

Q5 ☑ Are you on duty at the time of this interview?

Q6 ☑ Were you served with a 48 Hour Notice and a copy of an affidavit or Chief's Initiation Letter?     SEE WAIVER

Q7 ☑ Has 48 hours passed since you were served with that notice?

Q8 ☑ Was there enough information on the affidavit or the initiation letter to enable you to answer questions pertaining to this incident and any potential charges that may arise?

Q9 ☑ Are you aware the following interview will be a sworn statement?

Q10 ☑ You have an obligation to answer questions completely and truthfully. If you do not, departmental charges may be placed against you which could result in disciplinary action up to and including termination. Furthermore, as this is an official investigation, you are ordered not to discuss the facts of the incident(s), this investigation or any sworn statements given in this investigation, with anyone other than legal counsel.
Do you understand this?     Yes ☑     No ☐

This interview is being tape-recorded and it will be typed into statement form at a later date. If you desire, you may return to this office to read your statement, make necessary corrections and sign it. You may also obtain a copy of your transcribed statement at a later date. If you provide this office with a blank audiocassette, a copy of this interview will be made for you.
Do you understand this?  Yes ☑  No ☐
Do you have any requests before we begin? Yes ☐  No ☑
Requests: _____



PSU-007S
06/08

# LOUISVILLE METRO POLICE DEPARTMENT
## PROFESSIONAL STANDARDS UNIT
### PROFESSIONAL STANDARDS UNIT WARNING
CASE NUMBER: 12-001

James Steffan, as an employee of the Louisville Metro Police Department, you are required to give a statement to the investigators of the Professional Standards Unit. The results of your statement or any information derived from your statement may not be used in a criminal proceeding against you, and therefore a privilege against self-incrimination is not applicable in this statement. If you refuse to answer all questions posed to you, administrative charges will be placed against you which could result in disciplinary measures up to and including your termination from the Department. Do you understand these requirements? Yes ☑ No ☐

**Your interview will be a sworn statement; PLEASE RAISE YOUR RIGHT HAND**

Do you, James Steffan, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth?

**I understand the above oath that I have taken.**

X _[signature]_ Signature    X 5-3-12 Date    X 12:05 Time

_Carl Neal #2693_ Witness signature    05/03/12 Date    1205 Time

Subscribed and sworn to me by James Steffan

This 2nd day of May, 2012.

_[signature]_ Notary Public, State at Large    2/24/2015 My Commission Expires

Louisville Metro Police Department Professional Standards Unit accused sworn employee statement, Case #12-001. Today's date is Thursday, May 3, 2012. The time is currently 0002 hours. This is an interview with James Steffan, code number 7739, assignment Sixth division, shift First Platoon. This interview is being conducted at the Professional Standards Unit office, 2743 Virginia Avenue, Louisville, Kentucky 40211. Present during this interview is Sergeant Brian Stanfield, Sergeant Paul Neal and Officer James Steffan.

| | |
|---|---|
| Stanfield Q1 | Officer Steffan, are you aware this interview is being tape recorded? |
| Steffan | Yes, sir. |
| Stanfield Q2 | Has anyone threatened you in order to obtain this interview? |
| Steffan | No, sir. |
| Stanfield Q3 | State your name and code number, and please spell your name. |
| Steffan | James Steffan, code number 7739, last name S-T-E-F-F-A-N. |
| Stanfield Q4 | State your unit of assignment, car number, and shift. |
| Steffan | Sixth Division First Platoon, car number 613-David. |
| Stanfield Q5 | Are you on duty at the time of this interview? |
| Steffan | Yes, sir. |
| Stanfield Q6 | Were you served with a 48 hour notice and a copy of an affidavit or Chief's Initiation Letter? |
| Steffan | Yes, sir. |
| Stanfield Q7 | 48 hours has not passed with that this evening, is that correct? |
| Steffan | Yes sir. |
| Stanfield Q7A | Officially you were served on May 2 which was just prior to turning midnight this evening, this is a copy of your 48 hour notice waiver form, is that your signature, do you still wish to waive your 48 hour notice and give an interview to us at this time? |
| Steffan | Yes, sir. |
| Stanfield Q8 | Was there enough information on the affidavit or the initiation letter to enable you to answer questions pertaining to this incident and any potential charges that may arise? |
| Steffan | I believe so. |

2

| | |
|---|---|
| Stanfield Q9 | Are you aware the following interview will be a sworn statement? |
| Steffan | Yes, sir. |
| Stanfield Q10 | You have an obligation to answer questions completely and truthfully. If you do not, departmental charges may be placed against you which could result in disciplinary action up to and including termination. Furthermore, as this is an official investigation, you are ordered not to discuss the facts of the incident(s), this investigation or any sworn statements given in this investigation, with anyone other than legal counsel. Do you understand this? |
| Steffan | Yes. |
| Stanfield Q11 | This interview is being tape recorded, and it will be typed into statement form at a later date. If you desire, you may return to this office to read your statement, make necessary corrections, and sign it. You may also obtain a copy of your transcribed statement at a later date. If you provide this office with a blank audiocassette, a copy of this interview will be made for you. Do you understand this? |
| Steffan | Yes, sir. |
| Stanfield Q12 | Do you have any requests before we begin? |
| Steffan | No, sir. |
| Stanfield Q13 | James Steffan, as an employee of the Louisville Metro Police Department, you are required to give a statement to the investigators of the Professional Standards Unit. The results of your statement or any information derived from your statement may not be used in a criminal proceeding against you, and therefore a privilege against self-incrimination is not applicable in this statement. If you refuse to answer all questions posed to you, administrative charges will be placed against you which could result in disciplinary measures up to and including your termination from the Department. Do you understand these requirements? |
| Steffan | Yes, sir. |
| Stanfield Q14 | Your interview will be a sworn statement. Please raise your right hand. Do you, Officer James Steffan, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth? |
| Steffan | I do. |

3

| | |
|---|---|
| Stanfield | Sir if you understand the oath you've taken please sign, date and use the clock to your left-hand side for me. ... Sergeant Neal will witness that. ... For the purposes of the recorder is it okay if I call you James? |
| Steffan | Yes. |
| Stanfield Q15 | James the reason we're here tonight is on December 20, 2011 then police chief Ishmon Burks initiated an investigation in regards to a pursuit that occurred on April 21, 2011, specifically this pursuit started in Jeffersonville, Indiana, made its way into New Albany, Indiana, came across the Sherman Minton bridge, 264 and terminated somewhere in the vicinity of I264 eastbound at Breckenridge Lane on the ramp there. Do you remember that pursuit on that evening? |
| Steffan | Yes. |
| Stanfield Q16 | Do you remember being involved in that pursuit? |
| Steffan | Yes. |
| Stanfield Q17 | On that evening what division were you assigned to? |
| Steffan | Sixth Division. |
| Stanfield Q18 | Were you n the late watch platoon? |
| Steffan | Yes, sir. |
| Stanfield Q19 | What was your car number? |
| Steffan | 612-David. |
| Stanfield Q20 | On that evening were you assigned to a car issued to you? |
| Steffan | No, sir, it was a pool car. |
| Stanfield Q21 | Okay. Did that pool car have video equipment in it? |
| Steffan | No, sir. |
| Stanfield Q22 | If you could, you've had a chance to review the video tape involving any action you took in the pursuit, is that correct ... |
| Steffan | Yes, sir. |

| | |
|---|---|
| Stanfield | If you could in your own words just describe any involvement you had in the pursuit and any action you took while there. |
| Steffan | As I remember best, the pursuit passed me as I was sitting on Poplar Level Road on the Watterson, uh, once I caught up to it the other officers had already stopped the vehicle and made their approach, they were going up to handcuff the gentleman that was in the passenger's seat, I went up and assisted them, I grabbed I believe it would be his left arm and helped place it behind his back so they could cuff him up. |
| Stanfield Q23 | Just a couple of follow-up questions in regards to that. Do you remember the occupants of the vehicle, do you remember who was driving, who was the passenger? |
| Steffan | I remember there was a female driver and then there was a male as the passenger. |
| Stanfield Q24 | Did you have any interaction with the female? |
| Steffan | No, sir. |
| Stanfield Q25 | Did you ever speak directly to the male passenger? |
| Steffan | No, sir. |
| Stanfield Q26 | Based on your memory you said you approached the left-hand side of the passenger as he was on the ground, is that correct? |
| Steffan | Yes. |
| Stanfield Q27 | And you said you were at his left-hand shoulder area somewhere near his left-hand shoulder and his elbow, is that correct? |
| Steffan | Correct. |
| Stanfield Q28 | Describe any force that you used on him during that time. |
| Steffan | Just open hands just grabbing his arm and helping basically put it in position so that the other officers could cuff him up. |
| Stanfield Q29 | And the other officers there with you at the time he's on the ground, do you remember who they were? |
| Steffan | No, sir. |
| Stanfield Q30 | Okay. Do you remember any officer striking the passenger on that day? |

5

| | |
|---|---|
| Steffan | No, sir. |
| Stanfield Q31 | Do you remember anyone using a flashlight or a baton to strike him? |
| Steffan | Not that I saw. |
| Stanfield Q32 | Was he a white male, black male? |
| Steffan | I believe he was a black male. |
| Stanfield Q33 | Did you ever see him complain of injury or did you notice any injury to him on that day? |
| Steffan | No, sir. |
| Stanfield Q34 | He was taken to the ground, do you remember who did that, who took him to the ground? |
| Steffan | It all happened so fast I couldn't even say. |
| Stanfield | And it's fair to say this is a year ago, is that correct ... |
| Steffan | Yes. |
| Stanfield Q35 | When he was on the ground did you help take him to the ground or did you get there as he was actually already on the ground? |
| Steffan | As best I remember he was already on the ground, my actual contact with him was his left arm, helping place it back behind his back to be cuffed up. |
| Stanfield Q36 | Did you put the handcuffs on him? |
| Steffan | No. |
| Stanfield Q37 | Other officer there, do you remember any other officers from LMPD being involved in handcuffing of the passenger? |
| Steffan | Like I said I really just was more focused on keeping his arm there and I didn't really actually take a look to see who all was around me. |
| Stanfield Q38 | How long do you think your interaction with him lasted? |
| Steffan | Probably maybe up to a minute. |

6

**Stanfield Q39** — And then once he was secured did you help search his person?

**Steffan** — No.

**Stanfield Q40** — What happened after he handcuffed?

**Steffan** — I believe the other officers, it might have been Jeffersonville I'm not for sure, had him up against the van and was searching him to see if there was any weapons or what not on his person.

**Stanfield Q41** — Did you observe that or were you hands-on at that point?

**Steffan** — I observed it, I was already walking back at that point, there was enough officers already there.

**Stanfield Q42** — Did you ever observe anything on that date any force used on the passenger that was inconsistent with how you've been trained?

**Steffan** — Not that I was aware of.

**Stanfield Q43** — To the best of your memory when that run was dispatched, uh, do you remember who was the suspect, either the driver or the passenger in that case?

**Steffan** — To be honest I am not for sure, I can't say what the initial chase was over.

**Stanfield Q44** — Fair to say that initiated in Jeffersonville and you were assisting.

**Steffan** — Yes.

**Stanfield Q45** — Okay. Did you ever hear the passenger complain of any injury to you or anyone else?

**Steffan** — Not that I'm aware of.

**Stanfield** — Sergeant Neal, any questions?

**Neal** — I don't think I have anything.

**Stanfield Q46** — James just to reiterate, anything that you saw that evening that was not consistent with how you've been trained as a policeman?

**Steffan** — It seemed to go pretty smooth like a typical interaction.

**Stanfield** — If you have nothing else to add, I don't have any other questions. Sergeant Neal?

7

| | |
|---|---|
| Neal | No. |
| Stanfield Q47 | James, anything you feel I should have asked you that I didn't or you feel is important to this investigation you'd like to cover? |
| Steffan | No, sir. |
| Stanfield | Okay. At that point we'll conclude the interview, the time is 0011 hours. |

**END OF STATEMENT**