

PSU-024
06/08

# LOUISVILLE METRO POLICE DEPARTMENT
## PROFESSIONAL STANDARDS UNIT
### OFFICIAL STATEMENT

CASE NUMBER: 12-001

Today's date is March 14, 2012     The time is 2324 hours.

This is an interview with Joseph Allen     Race: W     Sex: M     11/10/67

This interview is being conducted at:

[X] Professional Standards Unit, 2743 Virginia Avenue Louisville, KY 40211

[ ] Other Location: _____

Present during this interview is: Sgt. Paul Neal / Sgt. Brian Stanfield

EMT (Title)     Joseph Allen "Scott" (Name)

Q1 [✓] Are you aware this interview is being tape-recorded?
Q2 [✓] Has anyone threatened you in order to obtain this interview?
Q3 [✓] Are you giving this interview of your own free will?
Q4 [✓] State your full name and date of birth. Please spell your name.
Q5 [✓] State your home address including the zip code.
Q6 [✓] Is this the same as your mailing address? (If no) Mailing address?
Q7 [✓] State your home telephone number with the area code.
Q8 [✓] Please provide an alternate phone number. (Cell phone, relative, etc.)
Q9 [✓] Are you employed?
Q10 [✓] State your employer and the position you hold there.
Q11 [✓] What is your work telephone number?
Q12 [✓] Are you aware the following interview will be a sworn statement?
Q13 [✓] This interview is being tape-recorded and it will be typed into statement form at a later date. If you desire, you may return to this office to read your statement, make necessary corrections and sign it. You may also obtain a copy of your transcribed statement at a later date. If you provide this office with a blank audiocassette, a copy of this interview will be made for you. Do you understand this?

**PLEASE RAISE YOUR RIGHT HAND**

Do you, Joseph Allen , solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth?

**I UNDERSTAND THE ABOVE OATH THAT I HAVE TAKEN.**

X _Joseph Scott Allen_ (Signature)     X 3-14-12 (Date)     X 2326 (Time)

_[witness signature]_ #2873 (Witness signature)     03/14/12 (Date)     2326 (Time)

Subscribed and sworn to me by EMT Joseph Scott Allen

his 14th day of March , 2012

_[signature]_ Notary Public, State at Large     2/24/2015 My Commission Expires

Louisville Metro Police Department Professional Standards Unit official statement, Case #12-001. Today's date is March 14, 2012. The time is currently 2324 hours. This is an interview with Joseph Allen, white male, DOB 11/10/67. This interview is being conducted at the Professional Standards Unit office, 2743 Virginia Avenue, Louisville, Kentucky 40211. Present during this interview is Sergeant Paul Neal, Sergeant Brian Stanfield and Louisville Metro EMS EMT Joseph Scott Allen.

| | |
|---|---|
| Stanfield Q1 | Mr. Allen, are you aware this interview is being tape recorded? |
| Allen | Yes, sir. |
| Stanfield Q2 | Has anyone threatened you in order to obtain this interview? |
| Allen | No, sir. |
| Stanfield Q3 | Are you giving this interview of your own free will? |
| Allen | Yes, sir. |
| Stanfield Q4 | State your full name and date of birth, and please spell your name. |
| Allen | Joseph Scott Allen, J-O-S-E-P-H, S-C-O-T-T, A-L-L-E-N. |
| Stanfield Q5 | State your work address including the zip code. |
| Allen | We actually just moved, I'll give you the one at headquarters it's 1805 South Brook Street and I think the zip code over there is I don't know the zip code, I'm sorry … |
| Stanfield Q6 | Can you receive mail at this address? |
| Allen | Yeah. |
| Stanfield Q7 | Can you provide a phone number where I can reach you in the future? |
| Allen | (502) 641-1340. |
| Stanfield Q8 | And that's your cell phone, is that correct? |
| Allen | Yes. |
| Stanfield Q9 | And you are employed. State your employer and the position you hold there. |
| Allen | Louisville Metro Government EMS and I'm an EMT. |
| Stanfield Q10 | Is there a work number, a general number … |

2

| | |
|---|---|
| Allen | 574-4484. |
| Stanfield Q11 | Are you aware the following interview will be a sworn statement? |
| Allen | Yes, sir. |
| Stanfield Q12 | This interview is being digitally recorded, and it will be typed into statement form at a later date. If you desire, you may return to this office to read your statement, make necessary corrections, and sign it. You may also obtain a copy of your transcribed statement at a later date. If you provide this office with a blank audiocassette, a copy of this interview will be made for you. Do you understand this? |
| Allen | Yes, sir. |
| Stanfield Q13 | Please raise your right hand. Do you, Joseph Scott Allen, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth? |
| Allen | Yes, sir. |
| Stanfield | Sir if you understand the oath you've taken please use blue ink and sign there, today's date and if you can use the time on that clock to your left-hand side for me. ... For the purposes of the recorder is it okay if I call you Scott? |
| Allen | Yeah. I won't answer to Joseph. |
| Stanfield Q14 | Fair enough. Scott the reason we're here today is on December 20, 2011 our chief of police Ishmon Burks initiated an investigation in regards to a pursuit that took place on April 21, 2011, this pursuit started in southern Indiana and gradually made its way through Jeffersonville/New Albany and then came through Louisville and the pursuit ended up stopping at 264 eastbound at Breckenridge Lane, um, do you remember responding to that location at the request of police personnel? |
| Allen | Yes, sir. |
| Stanfield | If you could in your own words describe what took place once you got there. |
| Allen | Once we got there we noticed a gentleman sitting on the ground in handcuffs, uh, went and asked the officers on scene tried to find out who was in control of the scene to tell us what was goin' on and what happened, once they did I believe they unhandcuffed him where we could check his vital signs and started treating the patient. |

4

| | |
|---|---|
| | that correct? |
| Allen | Yes, sir. |
| Stanfield Q23 | In relation to that, uh, if Mr. Brackens on this date was to have complained of any assault by the police, would there be any kind of documentation in that document stating that he complained to you all that he was assaulted by the police? |
| Allen | Yes, sir, it would have been documented in the narrative that we write at the end of a report once we're at the hospital. |
| Stanfield Q24 | And you've had an opportunity to review that, is there any documentation in there that suggest ... |
| Allen | No, sir. |
| Stanfield Q25 | In relation to that to as well, if Mr. Brackens had any sort of injury, uh, that was very noticeable such as a broken arm or broken leg, obviously I'm just speaking, anything that was clearly obviously would be noted on this document, correct? |
| Allen | Yes, sir. |
| Stanfield Q25A | So if he had a broken leg or broken arm would that be noted in that document? |
| Allen | Yes, sir. |
| Stanfield | Uh, Sergeant Neal, any questions? |
| Neal Q26 | Anything that would, and I think Sergeant Stanfield kinda covered it, but what was his demeanor like when you originally ... |
| Allen | He was actually, excuse my French, pissed off, um, and really agitated, um, about the whole situation of being pulled out of the vehicle and on the ground, uh, I think he said he was a diabetic too so we checked his sugar because we didn't know if his sugar was low or whatever, um, but he was really mad. |
| Neal Q27 | You said when you guys originally contacted him he was there handcuffed, there was an officer ... |
| Allen | There were several officers ... |
| Neal | ... right there with him? |

5

| | |
|---|---|
| Allen | Yes, sir. |
| Neal Q28 | Nothin' that would indicate that he was savagely beaten, nothin' like that, nothin' that would physically stand out? |
| Allen | No, sir. |
| Neal | I don't think I have anything else. |
| Stanfield Q29 | And just to cover a couple other quick things too, fair to say that you drove the ambulance that evening and Tom Schwartz actually treated him in the back of the ambulance, is that correct? |
| Allen | Yes, sir. |
| Stanfield Q30 | And he was then transported to … |
| Allen | UofL hospital non-emergency. |
| Stanfield Q31 | So it was non-emergency capacity, no emergency equipment was needed to transport … |
| Allen | Code 1, no lights, no siren, Code 3 is lights, siren so he was transported Code 1 non-critical. |
| Stanfield Q32 | Scott, anything that you saw that evening either said by the police, uh, the actions of the officers on the scene, whether Louisville Metro, any other officers, uh, I know there were several jurisdictions there that you would consider unprofessional or something that just out of line on how your experience with the police in the past? |
| Allen | No, sir, everybody was professional. |
| Stanfield Q33 | Okay. Is there anything you'd like to add for the purposes of this investigation you feel we didn't ask you? |
| Allen | No. |
| Stanfield | Okay. We'll go ahead and conclude the statement then, the time is currently 2332 hours. |

**END OF STATEMENT**