

CLAY FREDERICK ADAMS PLC
ATTORNEYS

THOMAS E. CLAY
CARL D. FREDERICK
STEVEN M. FREDERICK
GARRY R. ADAMS
THEODORE W. WALTON*
DANIEL J. CANON
LAURA E. LANDENWICH*
KIRSTEN R. DANIEL*

December 6, 2011

\* also licensed in Indiana

Lisa A. Schweickart
Assistant County Attorney
531 Court Place
Suite 900
Louisville, Kentucky 40202
Louisville Metro Police Department

RE: Leon Brackens

Dear Lisa:

This letter is to inform you that Daniel J. Canon and I have been retained as counsel to represent Leon Brackens regarding the savage assault perpetrated against him on April 21, 2011, by Louisville Metro police officers.

In the early morning hours of April 21, 2011, Rhonda Rae Sullivan set in motion a police chase that began in Jeffersonville, Indiana and ended on the streets of Louisville, which garnered the attention and involvement of both Jeffersonville and Louisville Metro police officers along the way. Mr. Brackens, a helpless passenger, was trapped in the vehicle as Ms. Sullivan raced through Southern Indiana and the Louisville Metro area.

During the chase, Mr. Brackens dialed 911 on his cell phone in hopes that police would be able to save him. You can hear Mr. Brackens' repeated cries for help and pleas for his life on the 911 recording, which I have attached for your review as Exhibit A. It is clear that Mr. Brackens was not involved with, nor was he an accomplice to, Ms. Sullivan's actions that day. He was nothing more than an innocent bystander.

As Ms. Sullivan sped through Louisville, Metro police officers joined the chase and eventually stopped the vehicle on I-264 at Exit 18 (Breckinridge Lane). Upon blocking Ms. Sullivan's vehicle, a score of officers immediately descended upon it. They ripped open the front passenger door, dragged Mr. Brackens out of the vehicle, and savagely beat him. Several minutes later, an officer called for EMS and Mr. Brackens was transported from the scene to University Hospital.

101 MEIDINGER TOWER   462 SOUTH FOURTH STREET   LOUISVILLE, KENTUCKY 40202
(502)JUSTICE   (502)415-7505 FAX
www.justiceky.com

Lisa A. Schweickart
December 6, 2011
Page 2

Although Mr. Brackens was not arrested in connection with the events of that morning, he sustained severe injuries due to Louisville Metro police officers' excessive use of force against him. His medical records, which I have attached for your review (See Exhibit B), confirm that Mr. Brackens suffered a fractured femur, a fractured humerus, and other injuries as a result of an assault on April 21, 2011. In fact, a social worker at University Hospital substantiated that the injuries were the result of a physical assault.

Due to the injuries he sustained at the hands of LMPD officers, Mr. Brackens was hospitalized for several months and has undergone multiple surgeries. He is currently living in a nursing home because he cannot care for himself. While Mr. Brackens suffers from sickle cell, he was coping with the disease prior to April 21, 2011. However, Mr. Brackens' current prognosis is grim as his condition was greatly exacerbated by the assault.

Over the last six months, Mr. Canon and I have investigated this matter. It is important you know that throughout our investigation, we were met with frequent attempts by LMPD to conceal the truth. Beginning in May of this year and continuing through September, we submitted multiple Open Records Requests pursuant to KRS 61.870 et seq. I have attached copies of our requests as Exhibit C. During this time, LMPD repeatedly stalled and refused to turn over any records requested.

On or about May 11, 2011, we were told that the records were not yet available. (See Letter from Sharon King dated 5/11/11, attached as Exhibit D-1). On or about May 24, 2011, Ms. King informed us that there was only <u>one</u> document that was responsive to our request for "any and all documentation/records/notes/investigations/-files surrounding the pursuit, arrest and extradition (if applicable) of Rhonda S. Sullivan on or about April 21, 2011, including but not limited to all dispatch audio" and that Metro Safe was unable to locate any dispatch audio due to "insufficient information." (See Letter from Sharon King dated 5/24/11, attached as Exhibit D-2). Again in September, we were told that LMPD was not in possession of any records responsive to the request for "any and all documentation, including, but not limited to, dispatch logs, records, audio recordings, e-mails, run logs, dashboard camera videos, charts, outgoing calls, which in any way related to the attached run on April 21, 2011." (See Letter from Sharon King dated 9/29/11, attached as Exhibit D-3). However, in October, Ms. King released to us twenty-five pages of documentation as well as a CD that was responsive to the September request. (See Letter from Sharon King dated 9/29/11, attached as Exhibit D-4). On or about November 9, 2011, Ms. King also released another CD to us, which was responsive to the same September request. (See Letter from Sharon King dated 9/29/11, attached as Exhibit D-5). I personally am not attempting to place any blame on Ms. King, as it appeared to me that she did everything in her power to help us get to the bottom of this situation and comply with the law.

Lisa A. Schweickart
December 6, 2011
Page 3

      LMPD's attempts to conceal the events of April 21, 2011, do not end there. Although Ms. Sullivan was arrested by LMPD, in the documentation produced, the arresting officer is listed as "unknown." Additionally, Officer S. Madison's dashboard camera video shows a multitude of LMPD officers involved in the pursuit and detainment of Mr. Brackens, yet he is the only officer that has been affirmatively identified as being involved. Moreover, despite Officer Madison's dashboard video evidencing LMPD officers using force against Mr. Brackens, no use of force form has ever been produced. Such behavior is indicative of an overall scheme to cover-up the events of April 21, 2011, particularly the vicious assault perpetrated by LMPD against my client.

      There are no allegations that Mr. Brackens was resisting arrest or being combative. In fact, Mr. Brackens was not arrested or charged with anything related to the events of that morning. Yet he sustained severe injuries only moments after being stopped by LMPD officers. Mr. Brackens reported to the EMS responders, who were called by LMPD, that LMPD officers had pulled him from the vehicle. Officer S. Madison's dashboard camera video shows that officers forcefully removed Mr. Brackens from Ms. Sullivan's vehicle. It is clear that LMPD officers acted unreasonably and used excessive force against Mr. Brackens.

      Additionally, I have attached the billing statements from University Hospital ($135,000) and UMC- U of L Medical Center ($199,000) so you can appreciate the extent of his treatment received since this incident.

      If you would like to discuss potential resolution of this matter short of litigation, please contact me within fourteen days of receipt of this letter. If not, please let me know when you or another agent of LMPD would be available for Mr. Brackens' pre-litigation deposition. I look forward to hearing from you or someone on behalf of Louisville Metro Police Department.

      Very truly yours,

      Garry R. Adams

GRA:mey
Enclosures