

**LOUISVILLE METRO POLICE DEPARTMENT**
**OFFICE OF THE CHIEF**

**GREG FISCHER**
MAYOR

LOUISVILLE, KENTUCKY

**STEVE CONRAD**
CHIEF OF POLICE

December 21, 2012

Officer Robert Ashenfelter
Fifth Division

**Professional Standards Case #12-001**

Dear Officer Ashenfelter:

On December 20, 2011, an investigation was initiated pursuant to KRS 15.520 concerning any violations of the Louisville Metro Police Department's rules, standards, policies and procedures in regard your involvement in a vehicle pursuit on April 21, 2011. The investigation was thorough. The following is the result and my final action in regard to my subsequent investigation.

Violation of:
Standard Operating Procedure 12.4.4 Responsibilities of the Secondary Unit    -Exonerated
Standard Operating Procedure 4.1.6 Operational Procedures    -Sustained

Due to the above "Sustained" finding, this letter will serve as a letter of reprimand. The effective date of this discipline is the date of this correspondence. You violated Standard Operating Procedure 4.1.6 <u>Operational Procedures</u> when you failed to activate your audio recorder during the pursuit due to a low battery.

This conduct cited above warrants discipline. It is clear you have violated policies of the Louisville Metro Police Department. I consider the reprimand to be both appropriate and necessary to the maintenance of good order and discipline within the Department.

Pursuant to Louisville Metro Police Merit Board Rules and Regulations 9.3(3), "Any police officer removed, suspended, laid off, reduced in grade or reprimanded by the Chief shall be allowed a period of ten (10) days from the date of notice from the Chief to file a written response to the disciplinary action which shall be made a part of the officer's permanent personnel record in the Police Department. No trial or examination of witnesses shall be required in any such case except at the discretion of the Chief."

Sincerely,

Steve Conrad
Chief of Police

WWW.LOUISVILLEKY.GOV
633 WEST JEFFERSON STREET   LOUISVILLE, KENTUCKY 40202   502.574.7660   FAX 502.574.2450



**LOUISVILLE METRO POLICE DEPARTMENT**
**OFFICE OF THE CHIEF**

**GREG FISCHER**
MAYOR

LOUISVILLE, KENTUCKY

**STEVE CONRAD**
CHIEF OF POLICE

December 21, 2012

Officer Robert Ward #7746
Fifth Division

Professional Standards Case #12-001

Dear Officer Ward:

On December 20, 2011, an investigation was initiated pursuant to KRS 15.520 concerning any violations of the Louisville Metro Police Department's rules, standards; policies and procedures in regard your involvement in a vehicle pursuit on April 21, 2011. The investigation was thorough. The following is the result and my final action in regard to my subsequent investigation.

Violation of:
Standard Operating Procedure 12.4.4 Responsibilities of the Secondary Unit      **-Exonerated**
Standard Operating Procedure 4.1.6 Operational Procedures                       **-Sustained**

Due to the above "Sustained" finding, this letter will serve as a letter of reprimand. The effective date of this discipline is the date of this correspondence. You violated Standard Operating Procedure 4.1.6 <u>Operational Procedures</u> when you failed to have your mobile video system recording when you responded to a vehicle pursuit on April 21, 2011.

This conduct cited above warrants discipline. It is clear you have violated policies of the Louisville Metro Police Department. I consider the reprimand to be both appropriate and necessary to the maintenance of good order and discipline within the Department.

Pursuant to Louisville Metro Police Merit Board Rules and Regulations 9.3(3), "Any police officer removed, suspended, laid off, reduced in grade or reprimanded by the Chief shall be allowed a period of ten (10) days from the date of notice from the Chief to file a written response to the disciplinary action which shall be made a part of the officer's permanent personnel record in the Police Department. No trial or examination of witnesses shall be required in any such case except at the discretion of the Chief."

Sincerely,

Steve Conrad
Chief of Police



**LOUISVILLE METRO POLICE DEPARTMENT**
**OFFICE OF THE CHIEF**

**LOUISVILLE, KENTUCKY**

GREG FISCHER
MAYOR

STEVE CONRAD
CHIEF OF POLICE

December 21, 2012

Officer Eric Boswell #2572
Third Division

**Professional Standards Case #12-001**

Dear Officer Boswell:

On December 20, 2011, an investigation was initiated concerning any violations of the Louisville Metro Police Department's rules, standards, policies and procedures in to your involvement during a vehicle pursuit on April 21, 2011. The following is the result and my final action in regard to my subsequent investigation.

Violation of:
Standard Operating Procedure 8.7.4 Emergency Driving Regulations          **-Sustained**

Due to the above "Sustained" finding, this letter will serve as a letter of reprimand. The effective date of this discipline is the date of this letter. You violated Standard Operating Procedure 8.7.4 <u>Emergency Driving Regulations</u> when you did not activate all of your emergency equipment when responding to the pursuit termination point.

This conduct cited above warrants discipline. It is clear you have violated policies of the Louisville Metro Police Department. I consider the reprimand to be both appropriate and necessary to the maintenance of good order and discipline within the Department.

Pursuant to Louisville Metro Police Merit Board Rules and Regulations 9.3(3), "Any police officer removed, suspended, laid off, reduced in grade or reprimanded by the Chief shall be allowed a period of ten (10) days from the date of notice from the Chief to file a written response to the disciplinary action which shall be made a part of the officer's permanent personnel record in the Police Department. No trial or examination of witnesses shall be required in any such case except at the discretion of the Chief."

Sincerely,

Steve Conrad
Chief of Police



**LOUISVILLE METRO POLICE DEPARTMENT**
**OFFICE OF THE CHIEF**

GREG FISCHER
MAYOR

LOUISVILLE, KENTUCKY

STEVE CONRAD
CHIEF OF POLICE

December 21, 2012

Officer Emily Lettie #7564
Special Operations / Traffic Unit

**Professional Standards Case #12-001**

Dear Officer Lettie:

On December 20, 2011, an investigation was initiated pursuant to KRS 15.520 concerning any violations of the Louisville Metro Police Department's rules, standards; policies and procedures in regard your involvement in a vehicle pursuit on April 21, 2011. The investigation was thorough. The following is the result and my final action in regard to my subsequent investigation.

Violation of:
Standard Operating Procedure 12.4.4 Responsibilities of the Secondary Unit    **-Exonerated**
Standard Operating Procedure 4.1.6 Operational Procedures    **-Sustained**

Due to the above "Sustained" finding, this letter will serve as a letter of reprimand. The effective date of this discipline is the date of this correspondence. You violated Standard Operating Procedure 4.1.6 <u>Operational Procedures</u> when you failed to initiate your audio recorder in your vehicle during the vehicle pursuit on April 21, 2011.

This conduct cited above warrants discipline. It is clear you have violated policies of the Louisville Metro Police Department. I consider the reprimand to be both appropriate and necessary to the maintenance of good order and discipline within the Department.

Pursuant to Louisville Metro Police Merit Board Rules and Regulations 9.3(3), "Any police officer removed, suspended, laid off, reduced in grade or reprimanded by the Chief shall be allowed a period of ten (10) days from the date of notice from the Chief to file a written response to the disciplinary action which shall be made a part of the officer's permanent personnel record in the Police Department. No trial or examination of witnesses shall be required in any such case except at the discretion of the Chief."

Sincerely,

Steve Conrad
Chief of Police



**LOUISVILLE METRO POLICE DEPARTMENT**
**OFFICE OF THE CHIEF**

GREG FISCHER
MAYOR

LOUISVILLE, KENTUCKY

December 21, 2012

STEVE CONRAD
CHIEF OF POLICE

Sergeant Kevin Hamlin #2854
Special Operations / Traffic Unit

**Professional Standards Case #12-001**

Dear Sergeant Hamlin:

On December 20, 2011, an investigation was initiated concerning any violations of the Louisville Metro Police Department's rules, standards, policies and procedures in to your involvement during a vehicle pursuit on April 21, 2011. The following is the result and my final action in regard to my subsequent investigation.

Violation of:
Standard Operating Procedure 12.1.12 Post Pursuit                         -Sustained
Standard Operating Procedure 8.7.4 Emergency Driving Regulations          -Not Sustained

Due to the above "Sustained" finding, this letter will serve as a letter of reprimand. The effective date of this discipline is the date of this letter. You violated Standard Operating Procedure 12.1.12 Post Pursuit when you failed to complete an Administrative Incident Report (AIR) on Officers Madison and Lettie's involvement in the vehicle pursuit.

This conduct cited above warrants discipline. It is clear you have violated policies of the Louisville Metro Police Department. I consider the reprimand to be both appropriate and necessary to the maintenance of good order and discipline within the Department.

Pursuant to Louisville Metro Police Merit Board Rules and Regulations 9.3(3), "Any police officer removed, suspended, laid off, reduced in grade or reprimanded by the Chief shall be allowed a period of ten (10) days from the date of notice from the Chief to file a written response to the disciplinary action which shall be made a part of the officer's permanent personnel record in the Police Department. No trial or examination of witnesses shall be required in any such case except at the discretion of the Chief."

Sincerely,

Steve Conrad
Chief of Police



**LOUISVILLE METRO POLICE DEPARTMENT**
**OFFICE OF THE CHIEF**

GREG FISCHER
MAYOR

LOUISVILLE, KENTUCKY

STEVE CONRAD
CHIEF OF POLICE

December 21, 2012

Sergeant Matthew Glass #6330
Public Integrity Unit

**Professional Standards Case #12-001**

Dear Sergeant Glass:

On December 20, 2011, an investigation was initiated pursuant to KRS 15.520 concerning any violation of the Louisville Metro Police Department's rules, standards, policies and procedures in regards to your involvement in a vehicle pursuit on April 21, 2011. The investigation was thorough. The following is the result and my final action in regard to my subsequent investigation.

Violation of:
Standard Operating Procedure 12.1.7 Responsibilities of Supervisor         **-Unfounded**

Due to the above finding, there will be no disciplinary action taken and the complaint will be dismissed.

Sincerely,

Steve Conrad
Chief of Police

SC/WDS/dng

Cc: Deputy Chief V. Robison
    Deputy Chief Y. Gentry
    Major T. Hettich
    Wm. Dennis Sims
    Professional Standards Unit



**LOUISVILLE METRO POLICE DEPARTMENT**
**OFFICE OF THE CHIEF**

LOUISVILLE, KENTUCKY

GREG FISCHER
MAYOR

STEVE CONRAD
CHIEF OF POLICE

December 21, 2012

Officer Sam Madison #2323
Special Operations / Traffic Unit

**Professional Standards Case #12-001**

Dear Officer Madison:

On December 20, 2011, an investigation was initiated pursuant to KRS 15.520 concerning any violation of the Louisville Metro Police Department's rules, standards, policies and procedures in regard to your involvement in a vehicle pursuit on April 21, 2011. The investigation was thorough. The following is the result and my final action in regard to my subsequent investigation.

Violation of:
Standard Operating Procedure 12.1.3 Responsibilities of the Primary Unit         -Exonerated

Due to the above finding, there will be no disciplinary action taken and the complaint will be dismissed.

Sincerely,

Steve Conrad
Chief of Police

SC/WDS/dng

Cc: Deputy Chief V. Robison
    Deputy Chief Y. Gentry
    Lieutenant Colonel K. Buckner
    Major T. Hettich
    Lieutenant L. Seelye
    Wm. Dennis Sims
    Professional Standards Unit



**LOUISVILLE METRO POLICE DEPARTMENT**
**OFFICE OF THE CHIEF**

GREG FISCHER
MAYOR

LOUISVILLE, KENTUCKY

STEVE CONRAD
CHIEF OF POLICE

December 21, 2012

Sergeant Stuart Hamilton #2980
Fifth Division

**Professional Standards Case #12-001**

Dear Sergeant Hamilton:

On December 20, 2011, an investigation was initiated pursuant to KRS 15.520 concerning any violation of the Louisville Metro Police Department's rules, standards, policies and procedures in regards to your involvement in a vehicle pursuit on April 21, 2011. The investigation was thorough. The following is the result and my final action in regard to my subsequent investigation.

Violation of:
Standard Operating Procedure 12.1.7 Responsibilities of Supervisor            -**Exonerated**

Due to the above finding, there will be no disciplinary action taken and the complaint will be dismissed.

Sincerely,

Steve Conrad
Chief of Police

SC/WDS/dng

Cc: Deputy Chief V. Robison
    Deputy Chief Y. Gentry
    Major T. Hettich
    Major M. Fox
    Wm. Dennis Sims
    Professional Standards Unit



**LOUISVILLE METRO POLICE DEPARTMENT**
**OFFICE OF THE CHIEF**

GREG FISCHER
MAYOR

LOUISVILLE, KENTUCKY

STEVE CONRAD
CHIEF OF POLICE

December 21, 2012

Officer Brian Gillock #2095
Third Division

**Professional Standards Case #12-001**

Dear Officer Gillock:

On December 20, 2011, an investigation was initiated pursuant to KRS 15.520 concerning any violation of the Louisville Metro Police Department's rules, standards, policies and procedures in regard to your involvement in a vehicle pursuit on April 21, 2011. The investigation was thorough. The following is the result and my final action in regard to my subsequent investigation.

Violation of:
Standard Operating Procedure 12.1.4 Responsibilities of the Secondary Unit      -Exonerated
Standard Operating Procedure 9.1.4 Use of Physical Force                        -Exonerated

Due to the above finding, there will be no disciplinary action taken and the complaint will be dismissed.

Sincerely,

Steve Conrad
Chief of Police

SC/WDS/dng

Cc: Deputy Chief V. Robison
    Deputy Chief Y. Gentry
    Major T. Hettich
    Major R. Harper
    Wm. Dennis Sims
    Professional Standards Unit



**LOUISVILLE METRO POLICE DEPARTMENT**
**OFFICE OF THE CHIEF**

LOUISVILLE, KENTUCKY

GREG FISCHER
MAYOR

STEVE CONRAD
CHIEF OF POLICE

December 21, 2012

Officer Christopher Meredith #6418
Sixth Division

**Professional Standards Case #12-001**

Dear Officer Meredith:

On December 20, 2011, an investigation was initiated pursuant to KRS 15.520 concerning any violation of the Louisville Metro Police Department's rules, standards, policies and procedures in regard to your involvement in a vehicle pursuit on April 21, 2011. The investigation was thorough. The following is the result and my final action in regard to my subsequent investigation.

Violation of:
Standard Operating Procedure 12.1.3 Responsibilities of Secondary Unit   -Exonerated
Standard Operating Procedure 9.1.4 Use of Physical Force   -Exonerated

Due to the above finding, there will be no disciplinary action taken and the complaint will be dismissed.

Sincerely,

Steve Conrad
Chief of Police

SC/WDS/dng

Cc: Deputy Chief V. Robison
    Deputy Chief Y. Gentry
    Major T. Hettich
    Major D. Burbrink II
    Wm. Dennis Sims
    Professional Standards Unit



**LOUISVILLE METRO POLICE DEPARTMENT**
**OFFICE OF THE CHIEF**

**LOUISVILLE, KENTUCKY**

GREG FISCHER
MAYOR

STEVE CONRAD
CHIEF OF POLICE

December 21, 2012

Officer James Steffan #7739
Sixth Division

**Professional Standards Case #12-001**

Dear Officer Steffan:

On December 20, 2011, an investigation was initiated pursuant to KRS 15.520 concerning any violation of the Louisville Metro Police Department's rules, standards, policies and procedures in regard to your involvement in a vehicle pursuit on April 21, 2011. The investigation was thorough. The following is the result and my final action in regard to my subsequent investigation.

Violation of:
Standard Operating Procedure 12.1.3 Responsibilities of Secondary Unit   -Exonerated
Standard Operating Procedure 9.1.4 Use of Physical Force                 -Exonerated

Due to the above finding, there will be no disciplinary action taken and the complaint will be dismissed.

Sincerely,

Steve Conrad
Chief of Police

SC/WDS/dng

Cc: Deputy Chief V. Robison
    Deputy Chief Y. Gentry
    Major T. Hettich
    Major D. Burbrink II
    Wm. Dennis Sims
    Professional Standards Unit