## Clinical Forensic Medicine Consultation

### LF-12-26

### Brackens, Leon

### DOB 2/26/65

**Agency:** LMPD

**Detective/Officer:** Brian Stanfield (2019)

**Division/Unit:** Professional Standards Unit

**Report#:** 12-001

**Date of Consultation:** 4/13/12          **Date or Report:** 6/30/12

**Reason for Consultation:** Allegation of Excessive Force

**History:** On April 21, 2011 Mr. Leon Brackens, a 46 year-old African American male, was the front seat passenger in a vehicle that was involved in a police pursuit. After the vehicle was finally stopped Mr. Brackens was removed from the right front passenger seat and placed prone on the ground. Both LMPD and Jeffersonville Police officers removed him from the vehicle. Once on the ground the officers are seen on videotape gaining control of Mr. Brackens' hands and placing him in handcuffs. There is no evidence of blows or strikes from any officer. The entire removal of Mr. Brackens from the vehicle and his being taken into custody is documented on the in-car videotape from an LMPD vehicle. Mr. Brackens was transported from the scene to the University of Louisville Hospital by Louisville Metro EMS.

Mr. Brackens was seen and evaluated in the Emergency Department for complaints of left arm and leg pain. The only evidence of trauma was the presence of small abrasions and a superficial laceration on his scalp. Radiographs demonstrated the presence of a transverse fracture of the left distal femur and a transverse fracture of the proximal left humerus. The radiographs also demonstrated body wide "severe" and "diffuse" osteopenia and demineralization of his bones.

Mr. Brackens has a significant medical history that includes sickle cell anemia, severe osteopenia and hypertension.

Mr. Brackens was admitted to the hospital for treatment of his fractures and his sickle cell disease. He underwent surgical repair of his left femur and left humerus. Mr. Brackens was discharged on May 5th, 2011.

**Information Reviewed:**

- Medical records from the University of Louisville Hospital
- Statements of LMPD Officer Steffan, Officer Gillock and Officer Hernandez
- In-car videotape of pursuit
- Radiographs from the University of Louisville Hospital

## Clinical Forensic Medicine Consultation

### LF-12-26

### Brackens, Leon

**Impressions:**

1. Mr. Leon Brackens sustained fractures of his left proximal humerus and left distal femur when he was taken into custody after a police pursuit on April 21, 2011.
2. Mr. Leon Brackens' fractures were accidental in nature and occurred due to the severe osteopenic state of his bones.
3. There is no evidence of any strikes or blows to Mr. Brackens during his removal from the right front passenger seat of the fleeing vehicle.
4. There is no evidence of excessive force being applied to Mr. Brackens during his removal from the right front passenger seat of the fleeing vehicle.
5. A past medical history of sickle cell anemia, severe osteopenia and hypertension

William S. Smock, M.D., FACEP, FAAEM