

PSU-007S
06/08

# LOUISVILLE METRO POLICE DEPARTMENT
## PROFESSIONAL STANDARDS UNIT
### ACCUSED SWORN EMPLOYEE STATEMENT

CASE NUMBER: __12-001__

Today's date is: __Wednesday, April 11, 2012__   The time is __2331__ hours.

This is an interview with __Nathaniel Hernandez__   Code#: __7722__
Assignment: __6th Division__   Shift: __1st Platoon__

This interview is being conducted at:
☒ Professional Standards Unit Office, 2743 Virginia Avenue Louisville, KY 40211

☐ Other Location: _____

Present during this interview is: __Sergeant Brian Stanfield__ and __Sergeant Paul Neal__

__Officer__                 __Nathaniel Hernandez__
(Employee Title)            (Employee Name)

Q1 ☑ Are you aware this interview is being tape-recorded?

Q2 ☑ Has anyone threatened you in order to obtain this interview?

Q3 ☑ State your name and code number. Please spell your name.

Q4 ☑ State your unit of assignment, car number, and shift.

Q5 ☑ Are you on duty at the time of this interview?

Q6 ☑ Were you served with a 48 Hour Notice and a copy of an affidavit or Chief's Initiation Letter?

Q7 ☑ Has 48 hours passed since you were served with that notice?

Q8 ☑ Was there enough information on the affidavit or the initiation letter to enable you to answer questions pertaining to this incident and any potential charges that may arise?

Q9 ☑ Are you aware the following interview will be a sworn statement?

Q10 ☑ You have an obligation to answer questions completely and truthfully. If you do not, departmental charges may be placed against you which could result in disciplinary action up to and including termination. Furthermore, as this is an official investigation, you are ordered not to discuss the facts of the incident(s), this investigation or any sworn statements given in this investigation, with anyone other than legal counsel.
Do you understand this?   Yes ☑   No ☐

This interview is being tape-recorded and it will be typed into statement form at a later date. If you desire, you may return to this office to read your statement, make necessary corrections and sign it. You may also obtain a copy of your transcribed statement at a later date. If you provide this office with a blank audiocassette, a copy of this interview will be made for you.
Do you understand this? Yes ☑  No ☐

Do you have any requests before we begin? Yes ☐   No ☑
Requests: _____



PSU-007S
06/08

# LOUISVILLE METRO POLICE DEPARTMENT
## PROFESSIONAL STANDARDS UNIT
### PROFESSIONAL STANDARDS UNIT WARNING
CASE NUMBER: _____12-001_____

Nathaniel Hernandez, as an employee of the Louisville Metro Police Department, you are required to give a statement to the investigators of the Professional Standards Unit. The results of your statement or any information derived from your statement may not be used in a criminal proceeding against you, and therefore a privilege against self-incrimination is not applicable in this statement. If you refuse to answer all questions posed to you, administrative charges will be placed against you which could result in disciplinary measures up to and including your termination from the Department. Do you understand these requirements?   Yes ☑   No ☐

**Your interview will be a sworn statement; PLEASE RAISE YOUR RIGHT HAND**

Do you, _____Nathaniel Hernandez_____, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth?

I understand the above oath that I have taken.

X _____  X 4/11/12      X 2333
         Signature                    Date                Time

_____   04/11/12     2334
     Witness signature              Date                Time

Subscribed and sworn to me by   Nathaniel Hernandez

This __11th__ day of __April__, 2012.

_____              2/24/2015
Notary Public, State at Large        My Commission Expires

Louisville Metro Police Department Professional Standards Unit accused sworn employee statement, Case #12-001. Today's date is Wednesday, April 11, 2012. The time is currently 2331 hours. This is an interview with Nathaniel Hernandez, code number 7722, assignment Sixth Division, shift First Platoon. This interview is being conducted at the Professional Standards Unit office, 2743 Virginia Avenue, Louisville, Kentucky 40211. Present during this interview is Sergeant Brian Stanfield, Sergeant Paul Neal and Officer Nathaniel Hernandez.

| | |
|---|---|
| Stanfield | Sir, do you go by Nate? |
| Hernandez | Yeah,, that's fine. |
| Stanfield Q1 | For the purposes of the recorder, are you aware this interview is being recorded? |
| Hernandez | Yes. |
| Stanfield Q2 | Has anyone threatened you in order to obtain this interview? |
| Hernandez | No. |
| Stanfield Q3 | State your name and code number, and please spell your name. |
| Hernandez | Nathaniel Hernandez, code number 7722, my name is N-A-T-H-A-N-I--E-L, last name H-E-R-N-A-N-D-E-Z. |
| Stanfield Q4 | State your unit of assignment, car number, and shift. |
| Hernandez | I'm currently with Sixth Division First Platoon, car number is 615-Charlie. |
| Stanfield Q5 | Are you on duty at the time of this interview? |
| Hernandez | Yes. |
| Stanfield Q6 | Were you served with a 48 hour notice and a copy of an affidavit or Chief's Initiation Letter? |
| Hernandez | Yes. |
| Stanfield Q7 | 48 hours has not passed since you were served with that notice, you were served this evening when you came here, is that correct? |
| Hernandez | Correct. |
| Stanfield Q7A | For the purposes of the recorder I'm showing you a copy of the 48 hour notice waiver with your signature witnessed by myself and Sergeant Paul Neal, is it still your wish to waive your 48 hour notice and speak with us this evening? |

2

| | |
|---|---|
| Hernandez | Yeah. |
| Stanfield Q8 | Was there enough information on the affidavit or the initiation letter to enable you to answer questions pertaining to this incident and any potential charges that may arise? |
| Hernandez | Yes. |
| Stanfield Q9 | Are you aware the following interview will be a sworn statement? |
| Hernandez | Yes. |
| Stanfield Q10 | You have an obligation to answer questions completely and truthfully. If you do not, departmental charges may be placed against you which could result in disciplinary action up to and including termination. Furthermore, as this is an official investigation, you are ordered not to discuss the facts of the incident(s), this investigation or any sworn statements given in this investigation, with anyone other than legal counsel. Do you understand this? |
| Hernandez | Yeah. |
| Stanfield Q11 | This interview is being tape recorded, and it will be typed into statement form at a later date. If you desire, you may return to this office to read your statement, make necessary corrections, and sign it. You may also obtain a copy of your transcribed statement at a later date. If you provide this office with a blank audiocassette, a copy of this interview will be made for you. Do you understand this? |
| Hernandez | Yes. |
| Stanfield Q12 | Do you have any requests before we begin? |
| Hernandez | No. |
| Stanfield Q13 | Nathaniel Hernandez, as an employee of the Louisville Metro Police Department, you are required to give a statement to the investigators of the Professional Standards Unit. The results of your statement or any information derived from your statement may not be used in a criminal proceeding against you, and therefore a privilege against self-incrimination is not applicable in this statement. If you refuse to answer all questions posed to you, administrative charges will be placed against you which could result in disciplinary measures up to and including your termination from the Department. Do you understand these requirements? |
| Hernandez | Yes. |

3

| | |
|---|---|
| Stanfield Q14 | Your interview will be a sworn statement. Please raise your right hand. Do you, Nathaniel Hernandez, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth? |
| Hernandez | I do. |
| Stanfield | Sir if you understand the oath you've taken please sign, date and use the clock on your left-hand side. ... And Sergeant Neal will witness that. ... For the purposes of the recorder is it okay if I call you Nate? |
| Hernandez | That's fine. |
| Stanfield Q15 | Nate the reason we're here today is on December 20, 2011 then police chief Ishmon Burks initiated a Professional Standards Unit investigation in regard to a pursuit that took place on April 21, 2011, this pursuit started in Jeffersonville, Indiana, made its way through New Albany, Indiana across the Sherman Minton bridge and eventually concluded at I264 eastbound and Breckenridge Lane. Do you remember on that date being involved in that pursuit? |
| Hernandez | Honestly no, but apparently I was. |
| Stanfield Q16 | Do you remember working on that evening? |
| Hernandez | Not that evening in particular, no. |
| Stanfield Q17 | Do you remember being involved in the eventual arrest of the passenger in this case Leon Brackens? |
| Hernandez | No. |
| Stanfield Q18 | Uh, Mr. Brackens was taken from the vehicle, you've had a chance to review in-car camera video from that evening? |
| Hernandez | Yes. |
| Stanfield Q19 | And is it fair to say that the actions taken in that video are by yourself on that evening? |
| Hernandez | Yeah. |
| Stanfield Q20 | And this has been almost a year ago, true? |
| Hernandez | Correct. |

4

| | | |
|---|---|---|
| Stanfield Q21 | | Do you think the reason you do not remember is because of the duration of time perhaps? |
| Hernandez | | Well that and the fact that looking at the video I didn't really do a whole lot so it didn't really stand out to me at the time this was, but yes. |
| Stanfield Q22 | | And I guess specifically the video that we reviewed was an in-car camera video of the passenger being handcuffed on the ground in the middle of the expressway, correct? |
| Hernandez | | Yes. |
| Stanfield Q23 | | And your involvement in that case that you remember based on what you've seen and your own memory, what do you remember doing on that evening? |
| Hernandez | | According to the tape I arrived towards the end of the pursuit, I think, either that or I showed up, uh, as the pursuit was preparing to end, um, whenever they pulled the passenger out of the vehicle, I helped to secure an arm and once the subject was detained I continued to check and make sure the vehicle was empty and nobody else was in it. |
| Stanfield Q24 | | Did you have any other involvement in the case? |
| Hernandez | | Not that I'm aware of. |
| Stanfield Q25 | | Did you ever speak with the occupant or the passenger that was eventually handcuffed? |
| Hernandez | | No. |
| Stanfield Q26 | | Did you ever have any conversation with the driver of that vehicle? |
| Hernandez | | No, I don't think so. |
| Stanfield Q27 | | Any other officers you remember on the scene with you that evening that helped detain Mr. Brackens or were present that you remember? |
| Hernandez | | Aside from Steffan and Lettie no, those were the only two I recognized. |
| Stanfield Q28 | | And based on what you remember and have observed, what was Officer Steffan's role, was it ... |
| Hernandez | | Appeared to be that he mostly provided another set of eyes like to just make sure nothin' hinky or dangerous occurred while officers were dealing |

5

|               |                                                                                                           |
|---------------|-----------------------------------------------------------------------------------------------------------|
|               | with the suspect and then that was it, it looked like to me. |
| Stanfield Q29 | Based on what you remember, is it fair to say that you were on one side and then Officer Steffan was on the other side? |
| Hernandez     | Yes. |
| Stanfield     | And you mention Officer Lettie was also there. |
| Hernandez     | Yes. |
| Stanfield Q30 | We have a couple of Letties on the police department, which Lettie are you referring to? |
| Hernandez     | Believe her name is Emily Lettie, the Traffic officer. |
| Stanfield Q31 | Do you remember speaking with a supervisor on that day, any sergeants on the scene that you remember? |
| Hernandez     | No. |
| Stanfield     | Sergeant Neal, any questions? |
| Neal          | I don't have anything. |
| Stanfield Q32 | How long do you remember being there based on your own recollection? |
| Hernandez     | I honestly don't remember being there at all so not very long apparently. |
| Stanfield     | Well, with that said we'll conclude the statement, the time is currently 2337 hours. |

**END OF STATEMENT**