Louisville Metro Police Department Professional Standards Unit employee official statement, Case #12-001. Today's date is Thursday, August 9, 2012. The time is currently 2343 hours. This is an interview with Nathaniel Hernandez, code number 7722, assignment Sixth Division. This interview is being conducted at the Professional Standards Unit office, 2743 Virginia Avenue, Louisville, Kentucky 40211. Present during this interview is Sergeant Brian Stanfield, Sergeant Paul Neal and Officer Nathaniel Hernandez.

| | |
|---|---|
| Stanfield Q1 | Sir, are you aware this interview is being recorded? |
| Hernandez | Yes. |
| Stanfield Q2 | Has anyone threatened you in order to obtain this interview? |
| Hernandez | No. |
| Stanfield Q3 | State your name and code number, and please spell your name. |
| Hernandez | Nathaniel Hernandez, N-A-T-H-A-N-I-E-L, Hernandez H-E-R-N-A-N-D-E-Z, code number 7722. |
| Stanfield Q4 | State your unit of assignment, car number, and shift. |
| Hernandez | I'm currently assigned to the Sixth Division, car 615-Charlie. |
| Stanfield Q5 | State your work phone number. |
| Hernandez | My work phone number at the division is 574-2187, personal cell phone number is area code (831) 224-5202. |
| Stanfield Q6 | Are you aware the following interview will be a sworn statement? |
| Hernandez | Yes. |
| Stanfield Q7 | You are not the subject of this investigation being conducted by the Professional Standards Unit, you are present as a witness only. You are hereby advised, you have an obligation to answer questions completely and truthfully. If you do not answer questions completely and truthfully, departmental charges may be placed against you which could result in disciplinary action up to and including termination. Furthermore, as this is an official investigation, you are ordered not to discuss the facts of the incident(s), this investigation or any sworn statements given in this investigation with anyone other than legal counsel. Do you understand this? |
| Hernandez | Yes. |
| Stanfield Q8 | This recorded interview will be typed into statement form at a later date. If you desire, you may return to this office to read your statement, make |

| | |
|---|---|
| | necessary corrections, and sign it. You may also obtain a copy of your transcribed statement at a later date. If you provide this office with a blank audiocassette, a copy of this interview will be made for you. Do you understand this? |
| Hernandez | Yes. |
| Stanfield Q9 | Please raise your right hand. Do you, Nathaniel Hernandez, solemnly swear or affirm to tell the truth, the whole truth, and nothing but the truth? |
| Hernandez | I do. |
| Stanfield | Sir if you understand the oath you've taken please sign, date and use the clock on your left-hand side. ... And Sergeant Neal will witness it. For the purposes of the recorder is it okay if I call you Nate, is that what you go by typically? |
| Hernandez | Yeah. |
| Stanfield Q10 | Okay Nate the reason we're here today is in reference to a follow-up interview today in reference to an interview that took place some time ago regarding Case 12-001, this involved a pursuit out of Indiana that concluded at roughly Breckenridge Lane and I264 eastbound, some new evidence has come forward provided by the Jeffersonville Police Department specifically an in-car video of the actual stop and removal of the driver and passenger from that pursuit, um, based on that information it's clear that you were not one of the initial officers that approached Mr. Brackens as he was removed from the vehicle, um, near where he was secured on the pavement next to the vehicle, is that true? |
| Hernandez | Yes. |
| Stanfield Q11 | You've had a chance to review that video today, is that correct? |
| Hernandez | Yes. |
| Stanfield Q12 | And you've observed that video. Fair to say that video is much clearer than the video you observed at the first interview, correct? |
| Hernandez | Yes. |
| Stanfield Q13 | With that said, you not being in that role, can you remember being at the pursuit or involved in that pursuit at all? |
| Hernandez | No. |

3

| | |
|---|---|
| Stanfield Q14 | And I think you said that at the first interview, is that correct? |
| Hernandez | I believe so, yes. |
| Stanfield Q15 | Based on the physical description of what's been identified as another officer, you believed at that time that it was you but didn't have any additional information, is that correct? |
| Hernandez | I believe given the similarity of appearance and height and everything that there was a possibility that it could be, however I did not recall the incident. |
| Stanfield | I don't believe I have any other further questions. Sergeant Neal, any questions? |
| Neal | I don't have anything. |
| Stanfield Q16 | Officer Hernandez, anything that you would like to add to this investigation that you feel is pertinent or that you feel I didn't ask you? |
| Hernandez | No. |
| Stanfield | We'll conclude the statement, the time is currently 2347 hours. |

**END OF STATEMENT**