IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO.: 3:12-CV-280 – S

**LEON BRACKENS**                                                   **Plaintiff**

v.      <u>OFFICER NATHANIEL HERNANDEZ'S RESPONSE TO PLAINTIFF'S</u>
<u>FIRST SET OF INTERROGATORIES,</u>
<u>REQUESTS FOR PRODUCTION OF DOCUMENTS,</u>
<u>AND REQUESTS FOR ADMISSION</u>

**LOUISVILLE-JEFFERSON COUNTY**
**METRO GOVERNMENT,** *et al.*                           **Defendants**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Comes the Defendant, Officer Nathaniel Hernandez , by counsel, and for his Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission, states as follows:

## PRELIMINARY STATEMENT

A.     The information contained in these responses is not based solely upon the knowledge of the defendant but is also based upon the knowledge of his legal counsel, unless privileged.

B.     The word usage and sentence structure may be that of legal counsel assisting in the preparation of these responses.

C.     Discovery in this matter is ongoing and these responses may be amended or supplemented as necessary.

D.     Defendants incorporate by reference as if fully set forth therein the foregoing preliminary statements as to each of its responses.

**RESPONSE**:  Defendant objects to this request to the extent it is seeking documents protected by the attorney client privilege and/or work product doctrine.  Without waiving any objection, Defendant states please see the documents previously provided by Metro.

**RPOD NO. 8**:        Please produce any and all investigative reports and other documents prepared or obtained by you, your agents, or attorneys concerning the incidents that were alleged in Plaintiff's Complaint.  Plaintiffs do not request any material that may be covered by the work-product privilege.

**RESPONSE:**    Please see the documents previously produced by Metro.

**RPOD NO. 9**        Please produce a complete copy of any/all PSU reports and IA investigations relating to you or which were identified in Interrogatory Nos. 6 & 7.

**RESPONSE:**  Please see the documents previously produced by Metro.

<div align="center">

**REQUEST FOR ADMISSIONS**

</div>

Please admit or deny the following:

**RFA NO. 1**:   You were properly served with notice of this action.

**RESPONSE**:   Deny.

**RFA NO. 2**:   You were physically present during the pursuit and seizure of the Plaintiff which forms the basis of this litigation.

**RESPONSE**:   Defendant objects to this request as the terms "pursuit" and "seizure" are undefined and unduly vague.  Further, it is unknown to where "physically present" refers.  Without waiving any objection, deny.

**RFA NO. 3**:   You came into physical contact with the Plaintiff during the pursuit and/or seizure which form the basis of this litigation.

**RESPONSE**:   Defendant objects to this request for admissions as the terms "pursuit" and "seizure" are unduly vague. Further, it is unknown to where "physically present" refers. Without waiving any objection, deny.

Respectfully submitted,
MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

BY:

LISA A. SCHWEICKART
ASSISTANT COUNTY ATTORNEYS
FISCAL COURT BUILDING
531 COURT PLACE, SUITE 900
LOUISVILLE, KY 40202
(502) 574-4048

COUNSEL FOR COUNSEL FOR STU
HAMILTON, OFFICER NATHANIEL
HERNANDEZ , EMILY LETTIE, SAM
MADISON, KEVIN HAMLIN, ROBERT
ASHENFELTER, CAREY HIRTZEL, ROBERT
WARD, MATTHEW GLASS, ERIC BOSWELL
AND LOUISVILLE JEFFERSON COUNTY
METRO GOVERNMENT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CASE NO.: 3:12-CV-280 – S**

**LEON BRACKENS**                                                              **Plaintiff**

v.          **MATTHEW GLASS'S RESPONSE TO PLAINTIFF'S**
            **FIRST SET OF INTERROGATORIES,**
            **REQUESTS FOR PRODUCTION OF DOCUMENTS,**
            **AND REQUESTS FOR ADMISSION**

**LOUISVILLE-JEFFERSON COUNTY**
**METRO GOVERNMENT**, *et al.*                               **Defendants**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Comes the Defendant, Matthew Glass, by counsel, and for his Responses to Plaintiff's

First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission,

states as follows:

**PRELIMINARY STATEMENT**

A.      The information contained in these responses is not based solely upon the

knowledge of the defendant but is also based upon the knowledge of his legal counsel, unless

privileged.

B.      The word usage and sentence structure may be that of legal counsel assisting in

the preparation of these responses.

C.      Discovery in this matter is ongoing and these responses may be amended or

supplemented as necessary.

D.      Defendants incorporate by reference as if fully set forth therein the foregoing

preliminary statements as to each of its responses.

**RPOD NO. 6:**        Please produce copies of any and all exhibits, documentary evidence, or demonstrative evidence, which you may rely on and/or utilize at the trial of this matter.

**RESPONSE**: Please see the response to Interrogatory No. 5.

**RPOD NO. 7:**        Please produce copies of any and all documents, charts, drawings, sketches, diagrams, etc. in your possession, your attorney, or other agents that in any way relate to the Plaintiff's claims or the defenses in this action.

**RESPONSE**: Defendant objects to this request to the extent it is seeking documents protected by the attorney client privilege and/or work product doctrine. Without waiving any objection, Defendant states please see the documents provided by Metro.

**RPOD NO. 8:**        Please produce any and all investigative reports and other documents prepared or obtained by you, your agents, or attorneys concerning the incidents that were alleged in Plaintiff's Complaint. Plaintiffs do not request any material that may be covered by the work-product privilege.

**RESPONSE:** Please see the documents produced by Metro.

**RPOD NO. 9**        Please produce a complete copy of any/all PSU reports and IA investigations relating to you or which were identified in Interrogatory Nos. 6 & 7.

**RESPONSE:** Please see the documents produced by Metro.

## REQUEST FOR ADMISSIONS

Please admit or deny the following:

**RFA NO. 1**: You were properly served with notice of this action.

**RESPONSE**: Admit.

**RFA NO. 2**:   You were physically present during the pursuit and seizure of the Plaintiff which forms the basis of this litigation.

**RESPONSE**:   Defendant objects to this request as the terms "pursuit" and "seizure" are undefined and unduly vague.  Further, it is unknown to where "physically present" refers. Without waiving any objection, Defendant denies that he was in a vehicle that was actively involved in following the vehicle driven by Rhonda Sullivan but admits that he was present at the scene after the vehicle stopped.

**RFA NO. 3**:   You came into physical contact with the Plaintiff during the pursuit and/or seizure which form the basis of this litigation.

**RESPONSE**:   Defendant objects to this request as the terms "pursuit" and "seizure" are undefined and unduly vague.  Without waiving any objection, Defendant denies that he came into physical contact with Leon Brackens.

Respectfully submitted,
MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

BY:   _____
LISA A. SCHWEICKART
ASSISTANT COUNTY ATTORNEYS
FISCAL COURT BUILDING
531 COURT PLACE, SUITE 900
LOUISVILLE, KY  40202
(502) 574-4048

COUNSEL FOR COUNSEL FOR STU HAMILTON, BRETT HANKISON, EMILY LETTIE, SAM MADISON, KEVIN HAMLIN, ROBERT ASHENFELTER, CAREY HIRTZEL, ROBERT WARD, MATTHEW GLASS, ERIC BOSWELL AND LOUISVILLE JEFFERSON COUNTY METRO GOVERNMENT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CASE NO.: 3:12-CV-280 – S

**LEON BRACKENS**                                                                 **Plaintiff**

v.       **ROBERT ASHENFELTER'S RESPONSE TO PLAINTIFF'S**
         **FIRST SET OF INTERROGATORIES,**
         **REQUESTS FOR PRODUCTION OF DOCUMENTS,**
         **AND REQUESTS FOR ADMISSION**

**LOUISVILLE-JEFFERSON COUNTY**
**METRO GOVERNMENT,** *et al.*                                             **Defendants**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Comes the Defendant, Robert Ashenfelter, by counsel, and for his Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission, states as follows:

### PRELIMINARY STATEMENT

A.      The information contained in these responses is not based solely upon the knowledge of the defendant but is also based upon the knowledge of his legal counsel, unless privileged.

B.      The word usage and sentence structure may be that of legal counsel assisting in the preparation of these responses.

C.      Discovery in this matter is ongoing and these responses may be amended or supplemented as necessary.

D.      Defendants incorporate by reference as if fully set forth therein the foregoing preliminary statements as to each of its responses.

**RPOD NO. 6:**       Please produce copies of any and all exhibits, documentary evidence, or demonstrative evidence, which you may rely on and/or utilize at the trial of this matter.

**RESPONSE**: Please see the response to Interrogatory No. 5.

**RPOD NO. 7:**       Please produce copies of any and all documents, charts, drawings, sketches, diagrams, etc. in your possession, your attorney, or other agents that in any way relate to the Plaintiff's claims or the defenses in this action.

**RESPONSE**: Defendant objects to this request to the extent it is seeking documents protected by the attorney client privilege and/or work product doctrine.  Without waiving any objection, Defendant states please see the documents provided by Metro.

**RPOD NO. 8:**       Please produce any and all investigative reports and other documents prepared or obtained by you, your agents, or attorneys concerning the incidents that were alleged in Plaintiff's Complaint.  Plaintiffs do not request any material that may be covered by the work-product privilege.

**RESPONSE:** Please see the documents produced by Metro.

**RPOD NO. 9**       Please produce a complete copy of any/all PSU reports and IA investigations relating to you or which were identified in Interrogatory Nos. 6 & 7.

**RESPONSE:** Please see the documents produced by Metro.

## REQUEST FOR ADMISSIONS

Please admit or deny the following:

**RFA NO. 1:**   You were properly served with notice of this action.

**RESPONSE**: Admit.

**RFA NO. 2:**   You were physically present during the pursuit and seizure of the Plaintiff which forms the basis of this litigation.

**RESPONSE**:  Defendant objects to this request as the terms "pursuit" and "seizure" are undefined and unduly vague.  Further, it is unknown to where "physically present" refers. Without waiving any objection, Defendant admits that he was involved in following the vehicle driven by Rhonda Sullivan and admits that he was present at the scene when Leon Brackens was removed from the car and secured.

**RFA NO. 3**:  You came into physical contact with the Plaintiff during the pursuit and/or seizure which form the basis of this litigation.

**RESPONSE**:  Defendant objects to this request for admissions as the terms "pursuit" and "seizure" are unduly vague. Without waiving any objection, Defendant denies that he came into physical contact with Leon Brackens.

Respectfully submitted,
MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

BY: _____
LISA A. SCHWEICKART
ASSISTANT COUNTY ATTORNEYS
FISCAL COURT BUILDING
531 COURT PLACE, SUITE 900
LOUISVILLE, KY  40202
(502) 574-4048

COUNSEL FOR COUNSEL FOR STU HAMILTON, BRETT HANKISON, EMILY LETTIE, SAM MADISON, KEVIN HAMLIN, ROBERT ASHENFELTER, CAREY HIRTZEL, ROBERT WARD, MATTHEW GLASS, ERIC BOSWELL AND LOUISVILLE JEFFERSON COUNTY METRO GOVERNMENT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
## CASE NO.: 3:12-CV-280 – S

**LEON BRACKENS**                                                                    **Plaintiff**

v.          **KEVIN HAMLIN'S RESPONSE TO PLAINTIFF'S
            FIRST SET OF INTERROGATORIES,
            REQUESTS FOR PRODUCTION OF DOCUMENTS,
            AND REQUESTS FOR ADMISSION**

**LOUISVILLE-JEFFERSON COUNTY
METRO GOVERNMENT**, *et al.*                                      **Defendants**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Comes the Defendant, Kevin Hamlin, by counsel, and for his Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission, states as follows:

### PRELIMINARY STATEMENT

A.      The information contained in these responses is not based solely upon the knowledge of the defendant but is also based upon the knowledge of his legal counsel, unless privileged.

B.      The word usage and sentence structure may be that of legal counsel assisting in the preparation of these responses.

C.      Discovery in this matter is ongoing and these responses may be amended or supplemented as necessary.

D.      Defendants incorporate by reference as if fully set forth therein the foregoing preliminary statements as to each of its responses.

## REQUEST FOR ADMISSIONS

Please admit or deny the following:

**RFA NO. 1**:   You were properly served with notice of this action.

**RESPONSE**:   I do not recall specifically how I was served, therefore, I do not know if I was properly served.   However, I have not claimed the affirmative defense of insufficient service of process.

**RFA NO. 2**:   You were physically present during the pursuit and seizure of the Plaintiff which forms the basis of this litigation.

**RESPONSE**:   Defendant objects to this request as the terms "pursuit" and "seizure" are undefined and unduly vague.   Further, it is unknown to where "physically present" refers. Without waiving any objection, Defendant denies that he was in a vehicle that was actively involved in following the vehicle driven by Rhonda Sullivan but admits that he was present at the scene after the vehicle stopped.

**RFA NO. 3**:   You came into physical contact with the Plaintiff during the pursuit and/or seizure which form the basis of this litigation.

**RESPONSE**:   Defendant objects to this request as the terms "pursuit" and "seizure" are undefined and unduly vague.   Without waiving any objection, Defendant denies that he came into physical contact with Leon Brackens.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO.: 3:12-CV-280 – S

LEON BRACKENS,                                                                    **Plaintiff**

v.          **SAM MADISON'S RESPONSE TO PLAINTIFF'S
            FIRST SET OF INTERROGATORIES,
            REQUESTS FOR PRODUCTION OF DOCUMENTS,
            AND REQUESTS FOR ADMISSION**

LOUISVILLE-JEFFERSON COUNTY
METRO GOVERNMENT, *et al.*                                          **Defendants**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Comes the Defendant, Sam Madison, by counsel, and for his Responses to Plaintiff's

First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission,

states as follows:

## PRELIMINARY STATEMENT

A.      The information contained in these responses is not based solely upon the

knowledge of the defendant but is also based upon the knowledge of his legal counsel, unless

privileged.

B.      The word usage and sentence structure may be that of legal counsel assisting in

the preparation of these responses.

C.      Discovery in this matter is ongoing and these responses may be amended or

supplemented as necessary.

D.      Defendants incorporate by reference as if fully set forth therein the foregoing

preliminary statements as to each of its responses.

**RPOD NO. 6:**        Please produce copies of any and all exhibits, documentary evidence, or demonstrative evidence, which you may rely on and/or utilize at the trial of this matter.

**RESPONSE**: Please see the response to Interrogatory No. 5.

**RPOD NO. 7:**        Please produce copies of any and all documents, charts, drawings, sketches, diagrams, etc. in your possession, your attorney, or other agents that in any way relate to the Plaintiff's claims or the defenses in this action.

**RESPONSE**: Defendant objects to this request to the extent it is seeking documents protected by the attorney client privilege and/or work product doctrine.  Without waiving any objection, Defendant states please see the documents produced by Metro.

**RPOD NO. 8**:        Please produce any and all investigative reports and other documents prepared or obtained by you, your agents, or attorneys concerning the incidents that were alleged in Plaintiff's Complaint.  Plaintiffs do not request any material that may be covered by the work-product privilege.

**RESPONSE:** Please see the documents produced by Metro.

**RPOD NO. 9**        Please produce a complete copy of any/all PSU reports and IA investigations relating to you or which were identified in Interrogatory Nos. 6 & 7.

**RESPONSE:** Please see the documents produced by Metro.

## REQUEST FOR ADMISSIONS

Please admit or deny the following:

**RFA NO. 1**:  You were properly served with notice of this action.

**RESPONSE**: I do not recall specifically how I was served, therefore, I do not know if I was properly served.  However, I have not claimed the affirmative defense of insufficient service of process.

**RFA NO. 2**:   You were physically present during the pursuit and seizure of the Plaintiff which forms the basis of this litigation.

**RESPONSE**:   Defendant objects to this request as the terms "pursuit" and "seizure" are undefined and unduly vague.   Further, it is unknown to where "physically present" refers. Without waiving any objection, Defendant admits that he was involved in following the vehicle driven by Rhonda Sullivan and admits that he was present at the scene when Leon Brackens was removed from the car and secured.

**RFA NO. 3**:   You came into physical contact with the Plaintiff during the pursuit and/or seizure which form the basis of this litigation.

**RESPONSE**:   Defendant objects to this request for admissions as the terms "pursuit" and "seizure" are unduly vague.   Defendant denies that he came into physical contact with Leon Brackens.

Respectfully submitted,
MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

BY:  _Lisa A. Schweickart_

LISA A. SCHWEICKART
ASSISTANT COUNTY ATTORNEYS
FISCAL COURT BUILDING
531 COURT PLACE, SUITE 900
LOUISVILLE, KY 40202
(502) 574-4048

COUNSEL FOR LOUISVILLE JEFFERSON
COUNTY METRO GOVERNMENT

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO.: 3:12-CV-280 – S**

**LEON BRACKENS**                                                                                   **Plaintiff**

v.          **STUART HAMILTON'S RESPONSE TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES,
REQUESTS FOR PRODUCTION OF DOCUMENTS,
AND REQUESTS FOR ADMISSION**

**LOUISVILLE-JEFFERSON COUNTY
METRO GOVERNMENT,** *et al.*                                                      **Defendants**

*************************

Comes the Defendant, Stuart Hamilton, by counsel, and for his Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission, states as follows:

**PRELIMINARY STATEMENT**

A.      The information contained in these responses is not based solely upon the knowledge of the defendant but is also based upon the knowledge of his legal counsel, unless privileged.

B.      The word usage and sentence structure may be that of legal counsel assisting in the preparation of these responses.

C.      Discovery in this matter is ongoing and these responses may be amended or supplemented as necessary.

D.      Defendants incorporate by reference as if fully set forth therein the foregoing preliminary statements as to each of its responses.

**RESPONSE**:  Defendant objects to this request to the extent it is seeking documents protected by the attorney client privilege and/or work product doctrine.  Without waiving any objection, Defendant states please see the documents provided by Metro.

**RPOD NO. 8**:      Please produce any and all investigative reports and other documents prepared or obtained by you, your agents, or attorneys concerning the incidents that were alleged in Plaintiff's Complaint.  Plaintiffs do not request any material that may be covered by the work-product privilege.

**RESPONSE**:  Please see the documents produced by Metro.

**RPOD NO. 9**      Please produce a complete copy of any/all PSU reports and IA investigations relating to you or which were identified in Interrogatory Nos. 6 & 7.

**RESPONSE**:  Please see the documents produced by Metro.

<div align="center">

### REQUEST FOR ADMISSIONS

</div>

Please admit or deny the following:

**RFA NO. 1**:   You were properly served with notice of this action.

**RESPONSE**:  I do not recall specifically how I was served, therefore, I do not know if I was properly served.  However, I have not claimed the affirmative defense of insufficient service of process.

**RFA NO. 2**:   You were physically present during the pursuit and seizure of the Plaintiff which forms the basis of this litigation.

**RESPONSE**:  Defendant objects to this request as the terms "pursuit" and "seizure" are undefined and unduly vague.  Further, it is unknown to where "physically present" refers.  Without waiving any objection, Defendant denies that he was in a vehicle that was actively

involved in following the vehicle driven by Rhonda Sullivan but admits that he was present at the scene after the vehicle stopped.

**RFA NO. 3**:   You came into physical contact with the Plaintiff during the pursuit and/or seizure which form the basis of this litigation.

**RESPONSE**:   Defendant objects to this request as the terms "pursuit" and "seizure" are undefined and unduly vague.  Without waiving any objection, Defendant denies that he came into physical contact with Leon Brackens.

<div style="margin-left:40%;">

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

BY:   _____

LISA A. SCHWEICKART
ASSISTANT COUNTY ATTORNEYS
FISCAL COURT BUILDING
531 COURT PLACE, SUITE 900
LOUISVILLE, KY 40202
(502) 574-4048

COUNSEL FOR COUNSEL FOR STU HAMILTON, BRETT HANKISON, EMILY LETTIE, SAM MADISON, KEVIN HAMLIN, ROBERT ASHENFELTER, CAREY HIRTZEL, ROBERT WARD, MATTHEW GLASS, ERIC BOSWELL AND LOUISVILLE JEFFERSON COUNTY METRO GOVERNMENT

</div>

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO.: 3:12-CV-280 – S

LEON BRACKENS                                                      **Plaintiff**

v.        **ROBERT WARD'S RESPONSE TO PLAINTIFF'S
          FIRST SET OF INTERROGATORIES,
          REQUESTS FOR PRODUCTION OF DOCUMENTS,
          AND REQUESTS FOR ADMISSION**

LOUISVILLE-JEFFERSON COUNTY
METRO GOVERNMENT, *et al.*                                         **Defendants**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Comes the Defendant, Robert Ward, by counsel, and for his Responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission, states as follows:

**PRELIMINARY STATEMENT**

A.    The information contained in these responses is not based solely upon the knowledge of the defendant but is also based upon the knowledge of his legal counsel, unless privileged.

B.    The word usage and sentence structure may be that of legal counsel assisting in the preparation of these responses.

C.    Discovery in this matter is ongoing and these responses may be amended or supplemented as necessary.

D.    Defendants incorporate by reference as if fully set forth therein the foregoing preliminary statements as to each of its responses.

**RPOD NO. 7**:        Please produce copies of any and all documents, charts, drawings, sketches, diagrams, etc. in your possession, your attorney, or other agents that in any way relate to the Plaintiff's claims or the defenses in this action.

**RESPONSE**: Defendant objects to this request to the extent it is seeking documents protected by the attorney client privilege and/or work product doctrine.  Without waiving any objection, Defendant states please see the documents provided by Metro.

**RPOD NO. 8**:        Please produce any and all investigative reports and other documents prepared or obtained by you, your agents, or attorneys concerning the incidents that were alleged in Plaintiff's Complaint.  Plaintiffs do not request any material that may be covered by the work-product privilege.

**RESPONSE:** Please see the documents produced by Metro.

**RPOD NO. 9**        Please produce a complete copy of any/all PSU reports and IA investigations relating to you or which were identified in Interrogatory Nos. 6 & 7.

**RESPONSE:**  Please see the documents produced by Metro.

## REQUEST FOR ADMISSIONS

Please admit or deny the following:

**RFA NO. 1**:  You were properly served with notice of this action.

**RESPONSE**: Admit.

**RFA NO. 2**:  You were physically present during the pursuit and seizure of the Plaintiff which forms the basis of this litigation.

**RESPONSE**:  Defendant objects to this request as the terms "pursuit" and "seizure" are undefined and unduly vague.  Further, it is unknown to where "physically present" refers.  Without waiving any objection, Defendant admits that he was involved in following the vehicle

driven by Rhonda Sullivan and admits that he was present at the scene when Leon Brackens was removed from the car and secured.

**RFA NO. 3**:   You came into physical contact with the Plaintiff during the pursuit and/or seizure which form the basis of this litigation.

**RESPONSE**:   Defendant objects to this request for admissions as the terms "pursuit" and "seizure" are unduly vague. Without waiving any objection, Defendant denies that he came into physical contact with Leon Brackens.

Respectfully submitted,
MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

BY: _Lisa A. Schweickart_

LISA A. SCHWEICKART
ASSISTANT COUNTY ATTORNEYS
FISCAL COURT BUILDING
531 COURT PLACE, SUITE 900
LOUISVILLE, KY 40202
(502) 574-4048

COUNSEL FOR COUNSEL FOR STU HAMILTON, BRETT HANKISON, EMILY LETTIE, SAM MADISON, KEVIN HAMLIN, ROBERT ASHENFELTER, CAREY HIRTZEL, ROBERT WARD, MATTHEW GLASS, ERIC BOSWELL AND LOUISVILLE JEFFERSON COUNTY METRO GOVERNMENT